Daniel C. Girard (State Bar No. 114826)
Jordan Elias (State Bar No. 228731)
Trevor T. Tan (State Bar No. 281045)
Makenna Cox (State Bar No. 326068)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
dgirard@girardsharp.com
jelias@girardsharp.com
ttan@girardsharp.com
mcox@girardsharp.com

Eric H. Gibbs (State Bar No. 178658)
Amy M. Zeman (State Bar No. 273100)
Amanda M. Karl (State Bar No. 301088)
**GIBBS LAW GROUP LLP**
505 14th Street, Suite 1110
Oakland, CA 94612
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
ehg@classlawgroup.com
amz@classlawgroup.com
amk@classlawgroup.com

Elizabeth A. Kramer (State Bar No. 293129)
**ERICKSON KRAMER OSBORNE LLP**
182 Howard Street
San Francisco, CA 94105
Telephone: (415) 635-0631
Facsimile: (415) 599-8088
elizabeth@eko.law

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.B., C.D., E.F., G.H., I.J., K.L., M.N., on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA and JAMES MASON HEAPS,<br><br>    Defendants. | Case No. 2:20-CV-09555-RGK (Ex)<br><br>Hon. R. Gary Klausner<br><br>**NOTICE OF PLAINTIFFS' MOTION FOR PRELIMINARY SETTLEMENT APPROVAL**<br><br>Date: December 21, 2020<br>Time: 9:00 A.M<br>Courtroom: 850, 8th Floor |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on December 21, 2020, or as soon thereafter as the matter may be heard by the Honorable R. Gary Klausner in Courtroom 850, 8th Floor of the above-entitled court located at 255 East Temple Street, Los Angeles, CA, 90012, Plaintiffs A.B., C.D., E.F., G.H., I.J., K.L., and M.N., ("Plaintiffs") will and hereby do move for an Order:

a) Granting preliminary approval of the proposed class action settlement that would resolve this litigation;

b) Approving the proposed notice program, including the proposed forms of notice, and directing that notice be disseminated in accordance with the proposed program;

c) Appointing the law firms of Girard Sharp LLP, Gibbs Law Group LLP, and Erickson Kramer Osborne LLP as Class Counsel; and

d) Setting a final approval hearing and certain other dates in connection with the settlement approval process.

This motion is based upon this Notice; the Memorandum of Points and Authorities in Support; the Joint Declaration of Class Counsel and the attached exhibits, which includes the Settlement Agreement; the Declaration of Kenneth Feinberg; the Declaration of Jennifer M. Keough, and attached exhibits, along with the proposed notices themselves; and any further papers filed in support of this motion, as well as arguments of counsel and all records on file in this matter. Pursuant to Local Rule 7-3, the motion follows the conferences of counsel for the Parties on November 6.

Dated: November 16, 2020          /s/ *Daniel C. Girard*

                                              Daniel C. Girard (State Bar No. 114826)
                                              Jordan Elias (State Bar No. 228731)
                                              Trevor T. Tan (State Bar No. 281045)

Makenna Cox (State Bar No. 326068)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
dgirard@girardsharp.com
jelias@girardsharp.com
ttan@girardsharp.com
mcox@girardsharp.com

Elizabeth A. Kramer (State Bar No. 293129)
**ERICKSON KRAMER OSBORNE LLP**
182 Howard Street
San Francisco, CA 94105
Telephone: (415) 635-0631
Facsimile: (415) 599-8088
elizabeth@eko.law

Eric H. Gibbs (SBN 178658)
Amy M. Zeman (SBN 273100)
Amanda M. Karl (SBN 301088)
**GIBBS LAW GROUP LLP**
505 14th Street, Suite 1110
Oakland, CA 94612
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
ehg@classlawgroup.com
amz@classlawgroup.com
amk@classlawgroup.com

*Counsel for Plaintiffs*

NOTICE OF PLAINTIFFS' MOTION FOR PRELIMINARY SETTLEMENT APPROVAL
CASE NO. 2:20-cv-09555-RGK (Ex)