EXHIBIT C

NOTICE OF PROPOSED CLASS ACTION SETTLEMENT

**UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA**

*A federal court authorized this Notice. This is not a solicitation from a lawyer.*

## Women who were seen for treatment by Dr. James Heaps at UCLA medical facilities may be eligible to participate in a class action settlement.

- A settlement has been reached with Regents of the University of California ("Regents") and with Dr. James M. Heaps, M.D. ("Dr. Heaps") (collectively "Defendants") in a class action lawsuit. Plaintiffs allege in the lawsuit that Dr. Heaps assaulted, abused, and engaged in harassing and offensive behavior towards female patients while he was an obstetrician and gynecologist at UCLA medical facilities and that Regents failed to respond appropriately.

- The settlement provides a $73,000,000 fund for the benefit of female patients of Dr. Heaps who were seen for treatment by Dr. Heaps (1) at UCLA Medical Center (currently known as Ronald Reagan UCLA Medical Center) from January 1, 1986 to June 28, 2018, (2) at UCLA's student health center (currently known as Arthur Ashe Student Health and Wellness Center) from January 1, 1983 to June 30, 2010, or (3) at Dr. Heaps's medical offices at 100 UCLA Medical Plaza from February 1, 2014 to June 28, 2018. As part of the settlement, Regents will ensure improved operating and oversight procedures for identification, prevention, and reporting of sexual conduct in the clinical setting, including: implementing a new investigation model for sexual harassment/sexual assault; improved chaperone policies; notice to patients of reporting options; training for UCLA medical facilities personnel on provider-patient boundaries and on conducting sensitive examinations; enhanced due diligence during the credentialing and recredentialing process and in connection with UCLA Health's acquisition of a physician or group practice; and appointment of a compliance monitor to facilitate, oversee, and evaluate implementation of these institutional changes. A complete description of the changes Regents is implementing can be found on the settlement website at www.UCLAHeapsSettlement.com.

- The Defendants deny all charges of wrongdoing and liability.

- Your legal rights are affected whether or not you act. This Notice contains information about the settlement and the lawsuit. Please read this entire Notice carefully.

QUESTIONS? CALL 1-888-921-0726 TOLL FREE OR VISIT WWW.UCLAHEAPSSETTLEMENT.COM
PARA UNA NOTIFICACIÓN EN ESPAÑOL, VISITE WWW.UCLAHEAPSSETTLEMENT.COM O LLAME 1-888-921-0726

1

| YOUR LEGAL RIGHTS AND OPTIONS | | |
|---|---|---|
| | | **DUE DATE** |
| **DO NOTHING** | If you are a class member and do nothing you will get no payment and give up the right to sue the defendants about the claims in this case. | |
| **SUBMIT A CLAIM FORM** | If you are a class member and didn't receive a Notice by mail or email with a Claimant ID Number on the upper left-hand corner, you can only get a payment if you submit a Statement of Class Membership (available at www.UCLAHeapsSettlement.com).  All Statements of Class Membership will be subject to verification.<br><br>You can also choose to submit a Tier 2 or Tier 3 claim describing your experience as a patient of Dr. Heaps. Depending on the information you provide and whether you are willing to be interviewed, you could receive up to $250,000 (or more in exceptional circumstances), subject to *pro rata* adjustment up or down.<br><br>For more information about submitting a Tier 2 or 3 claim, and your choices, see the answers to questions 8-10 below.<br><br>If you submit a claim you give up your rights to sue the defendants about the claims in this case. | Month Day, 20__ |
| **EXCLUDE YOURSELF** | You will not be included in the settlement.  You will receive no benefits and you will keep any rights you currently have to sue the Defendants about the claims in the case. | Month Day, 20__ |
| **OBJECT** | If you do not exclude yourself, and if you disagree with the settlement, you can write to the Court to explain your objection. | Month Day, 20__ |
| **GO TO A HEARING** | Ask to speak in court about the fairness of the settlement. | Month Day, 20__ at XX:XX a.m./p.m. |

- These rights and options—**and the deadlines to exercise them**—are explained in this Notice.

- The Court in charge of this case still must decide whether to approve the Settlement.  Payments will be made if the Court approves the Settlement after any appeals are resolved.

- For updates visit www.UCLAHeapsSettlement.com.

QUESTIONS? CALL 1-888-921-0726 TOLL FREE OR VISIT WWW.UCLAHEAPSSETTLEMENT.COM
PARA UNA NOTIFICACIÓN EN ESPAÑOL, VISITE WWW.UCLAHEAPSSETTLEMENT.COM O LLAME 1-888-921-0726

2

# What This Class Notice Contains

Basic Information ................................................................................................ 4

    1.    Why did I get this Notice? ...................................................................... 4

    2.    What is this lawsuit about? ..................................................................... 4

    3.    Why is this a class action? .................................................................... 4

    4.    Why is there a Settlement? .................................................................... 4

Who is in the Settlement? .................................................................................. 5

    5.    How do I know if I am part of the Settlement? ....................................... 5

    6.    What should I do if am not sure if I am included in the Settlement? ........... 5

Benefits of the Settlement — What You Get ................................................. 5

    7.    What does the Settlement provide? ......................................................... 5

    8.    How much will my payment from the Settlement be? ............................... 6

How You Get a Payment ................................................................................... 8

    9.    How can I get Settlement payment(s)? .................................................... 8

    10.   When would I get my payment(s) from the Settlement? ........................... 9

    11.   What am I giving up to get payment(s) and stay in the Settlement? ........... 10

Excluding Yourself from the Settlement ...................................................... 10

    12.   How do I get out of the Settlement? ....................................................... 10

    13.   If I don't exclude myself, can I sue the Defendants for the same thing later? .......... 11

    14.   If I exclude myself, can I get money from the Settlement? ........................ 11

The Lawyers Representing You ...................................................................... 11

    15.   Do I have a lawyer in this case? ............................................................. 11

    16.   How will the lawyers be paid? ............................................................... 12

Objecting to the Settlement ............................................................................ 12

    17.   How do I tell the Court that I don't like the Settlement? ........................... 12

    18.   What's the difference between objecting and excluding? ........................... 13

The Court's Fairness Hearing ....................................................................... 13

    19.   When and where will the Court decide whether to approve the Settlement? ....... 13

    20.   Do I have to come to the Fairness Hearing? ........................................... 13

    21.   May I speak at the Fairness Hearing? ..................................................... 14

If You Do Nothing ........................................................................................... 14

    22.   What happens if I do nothing at all? ....................................................... 14

Getting More Information ............................................................................... 14

    23.   How do I get more information? ............................................................. 14

Questions? Call 1-888-921-0726 Toll Free or Visit www.UCLAHeapsSettlement.com
Para una notificación en español, visite www.UCLAHeapsSettlement.com o llame 1-888-921-0726

3

# BASIC INFORMATION

## 1. Why did I get this Notice?

If you are a woman who was seen for treatment by Dr. James M. Heaps at (1) UCLA's student health center (now Arthur Ashe Student Health and Wellness Center) from January 1, 1983 to June 30, 2010; (2) UCLA Medical Center (now Ronald Reagan UCLA Medical Center) from January 1, 1986 to June 28, 2018; or (3) Dr. Heaps's medical offices at 100 UCLA Medical Plaza from February 1, 2014 to June 28, 2018, you have the right to know about a proposed settlement of a class action lawsuit, and your options, before the Court decides whether to approve the settlement.

This Notice is to inform you of the lawsuit, the proposed settlement and your legal rights. The women who sued are called "plaintiffs." The doctor and university they sued are called "defendants."

## 2. What is this lawsuit about?

During varying periods of time between January 1, 1983 and June 28, 2018, Dr. James Heaps provided obstetric and gynecological services at certain UCLA medical facilities. Plaintiffs allege that Dr. Heaps sexually assaulted, abused and engaged in harassing and offensive behavior towards his female patients. Plaintiffs further allege that UCLA supervisors and administrators were repeatedly informed of Dr. Heaps's misconduct but failed to take the necessary measures to protect his patients. Defendants deny plaintiffs' allegations. The Court has not decided who is right.

## 3. Why is this a class action?

In a class action, one or more plaintiffs called "class representatives" sue on behalf of themselves and other people with similar claims. This group of people is called the "class" and the people in the class are called "class members." One court resolves the issues for all class members, except for those who exclude themselves from the class.

This lawsuit is *A.B. et al. v. Regents of the University of California et al.*, No. 2:20-CV-09555-RGK (C.D. Cal.). The judge is R. Gary Klausner of the United States District Court for the Central District of California.

## 4. Why is there a Settlement?

The Court has not decided in favor of plaintiffs or defendants. Instead, both sides have agreed to a settlement to avoid the costs and risks of trial and appeals. The class representatives and their attorneys think the settlement is best for the class.

QUESTIONS? CALL 1-888-921-0726 TOLL FREE OR VISIT WWW.UCLAHEAPSSETTLEMENT.COM
PARA UNA NOTIFICACIÓN EN ESPAÑOL, VISITE WWW.UCLAHEAPSSETTLEMENT.COM O LLAME 1-888-921-0726

4

# WHO IS IN THE SETTLEMENT?

## 5.   How do I know if I am part of the Settlement?

You are a class member, and are included in the settlement, if you are a woman who was seen for treatment by Dr. James M. Heaps: (1) at UCLA Medical Center (now Ronald Reagan UCLA Medical Center) from January 1, 1986 to June 28, 2018; (2) at UCLA's student health center (now Arthur Ashe Student Health and Wellness Center) from January 1, 1983 to June 30, 2010; or (3) at Dr. Heaps's medical offices at 100 UCLA Medical Plaza from February 1, 2014 to June 28, 2018.

## 6.   What should I do if am not sure if I am included in the Settlement?

If you are not sure whether you are in the class, you can ask for free help and more information by calling the Settlement Administrator at 1-888-921-0726 or sending an email to info@UCLAHeapsSettlement.com.  More details about the class, its claims and the settlement can be found in the settlement agreement and other documents available on the settlement website, www.UCLAHeapsSettlement.com.

# BENEFITS OF THE SETTLEMENT — WHAT YOU GET

## 7.   What does the Settlement provide?

**Monetary Benefits**

Defendants will pay $73,000,000 to settle the lawsuit. This fund will be used to pay class member claims. (See the answers to questions 8-10 below.) The fund will also be used to pay any class representative service award(s) approved by the Court.

Separate from and in addition to the $73,000,000 fund, Defendants will pay the costs of notifying class members and administering the settlement, including compensating the members of a three-person panel, comprised of a court-appointed special master, a forensic psychologist/psychiatrist, and an OB/GYN, who will decide how much individual class members receive.  Defendants will also pay attorneys' fees and expenses of counsel for the plaintiffs.  Settlement benefits will not be reduced to pay attorneys' fees.

**Institutional Changes at UCLA**

In addition to monetary benefits, the settlement requires the Regents to ensure that UCLA medical personnel act consistently with standards recognized by applicable health oversight agencies such as the Medical Board of California and specialty societies such as the American College of Obstetricians and Gynecologists. The Regents will adopt and implement written operating and oversight procedures for identification, prevention, and reporting of sexual conduct at UCLA medical facilities, including:

QUESTIONS? CALL 1-888-921-0726 TOLL FREE OR VISIT WWW.UCLAHEAPSSETTLEMENT.COM
PARA UNA NOTIFICACIÓN EN ESPAÑOL, VISITE WWW.UCLAHEAPSSETTLEMENT.COM O LLAME 1-888-921-0726

5

- implementing a new model for investigating alleged sexual harassment, including alleged sexual assault arising in the patient care context;

- updated chaperone policies that, among other things, require annual chaperone training allow chaperones to report through central health system administration and not the physicians whose exams and procedures they chaperone;

- requiring that (i) every physician credentialed or otherwise permitted to practice by UCLA medical facilities will complete a boundaries training course; and (ii) every physician credentialed or otherwise permitted to perform sensitive examinations will complete a training course reflecting best practices for such examinations;

- improving notice to patients of how to report sexual misconduct in the clinical setting.

- enhancing due diligence during the credentialing and recredentialing process and in connection with UCLA Health's acquisition of a physician or group practice, aimed at protecting patient safety; and

- appointing the Senior Vice President for Ethics, Compliance and Audit Services in the University of California Office of the President, as "Compliance Monitor" to facilitate, oversee, and independently evaluate implementation of the institutional changes at UCLA required under the settlement.

More details about these institutional changes can be found at www.UCLAHeapsSettlement.com.

## 8. How much will my payment from the Settlement be?

How much you get from the settlement will depend on whether you file a claim and, if you do, what type of claim you file. The details of the claim options are as follows:

**Tier 1 Award:** Every settlement class member is eligible for a Tier 1 Award payment of $2,500, and possibly more.

(i) Settlement class members who could be pre-identified through UCLA's records were assigned a unique Claimant ID Number. If you received a Notice with a Claimant ID Number on the upper left-hand corner of each page, your membership in the class is established. UCLA's records cover the period from 2006 to June 28, 2018 at UCLA Medical Center; July 22, 2004 to January 21, 2010 at UCLA's student health center; and February 1, 2014 to June 28, 2018 at Dr. Heaps's medical offices at 100 UCLA Medical Plaza.

(ii) If you have not been pre-identified as a class member, you must submit a Statement of Class Membership attesting to facts showing that you are a member of the class. You can find and submit this statement on the settlement website, www.UCLAHeapsSettlement.com.

(iii) Each settlement class member who can be identified through UCLA's records, or who submits a valid Statement of Class Membership, will be mailed a Tier 1 check. This Tier 1 payment will be mailed even if you also submit a Tier 2 or Tier 3 Claim Form.

QUESTIONS? CALL 1-888-921-0726 TOLL FREE OR VISIT WWW.UCLAHEAPSSETTLEMENT.COM
PARA UNA NOTIFICACIÓN EN ESPAÑOL, VISITE WWW.UCLAHEAPSSETTLEMENT.COM O LLAME 1-888-921-0726

6

(iv)     A settlement class member who accepts a Tier 1 Award remains eligible to make a Tier 2 or Tier 3 Claim, as described below.  The Tier 1 Award shall be counted against any further awards, but under no circumstances will a settlement class member be required to return a Tier 1 Award.

**Tier 2 Claim:**  Each settlement class member can also choose to submit an online or written Tier 2 Claim Form describing your experience with Dr. Heaps, the impact on you, and/or the emotional distress and/or bodily injury you suffered.  **Submitting a Tier 2 Claim is optional and if you qualify as a settlement class member, you will be sent the Tier 1 Award even if you do not submit a Tier 2 Claim.**

Each Tier 2 Claim will be reviewed by an impartial three-person panel that includes a court-appointed special master, a forensic psychologist/psychiatrist, and an OB/GYN.

If you submit a Tier 2 Claim, the panel may ask you additional questions, to be answered in writing. If that happens, you may decline to answer, although doing so could affect your eligibility for a Tier 2 Award.

If the panel determines that the Tier 2 Claim is credible, and that the conduct by Dr. Heaps fell outside the scope of accepted medical standards of care applicable during the relevant time, or is otherwise actionable, you will be awarded an additional payment of $10,000 (for a total Tier 2 Award payment of $12,500), subject to *pro rata* adjustment up or down as detailed below.  If the panel determines you are not entitled to a Tier 2 Award, you will still receive the Tier 1 Award.

**Tier 3 Claim:**  Tier 3 Claims are for settlement class members who wish to provide further evidence— beyond the Tier 3 Claim and any written follow-up answers—of conduct or statement(s) by Dr. Heaps and their impact.  In addition to a Tier 3 Claim Form describing your experience, the impact on you, and/or the emotional distress and/or bodily injury you suffered, you may submit additional evidence of impact or damages, which may include, for example, evidence of medical expenses or of previous formal or informal complaints.  You will also be interviewed by a member of the special master's team about your experience and its impact on you.  The interviewer will then provide an assessment to the panel. The interviewer will be a neutral, trained specialist.  The purpose of the interview is to collect information about your claim—the interview is not a cross-examination.  **Submitting a Tier 3 Claim is optional and if you qualify as a settlement class member, you will be sent the Tier 1 Award even if you do not submit a Tier 3 Claim.**

Based on all information provided, the panel will determine whether each Tier 3 Claim is credible and may award you a Tier 3 Award between $12,500 and $250,000, subject to *pro rata* adjustment up or down as detailed below.  The panel will determine Tier 3 claim eligibility and awards by assessing whether the conduct described falls outside the scope of accepted medical standards of care applicable during the relevant time, or is otherwise actionable, and based on an assessment of the emotional distress and/or bodily injury to you.

QUESTIONS? CALL 1-888-921-0726 TOLL FREE OR VISIT WWW.UCLAHEAPSSETTLEMENT.COM
PARA UNA NOTIFICACIÓN EN ESPAÑOL, VISITE WWW.UCLAHEAPSSETTLEMENT.COM O LLAME 1-888-921-0726

7

In addition, $5,000,000 of the settlement fund will be set aside for Supplemental Awards to Tier 3 claimants. Based on the panel's consideration of the evidence submitted by a Tier 3 claimant (including the Tier 3 Claim Form, interview conducted by a member of the special master's team, and any other evidence provided), the panel's assessment of the claimant's emotional distress and/or bodily injury, the panel's assessment of the claimant's credibility, and whether the conduct described fell outside the scope of accepted medical standards of care applicable during the relevant time or was otherwise actionable, the panel may determine in its discretion to make a Supplemental Award in extraordinary cases and when the panel determines that additional compensation is necessary to adequately compensate a claimant who is otherwise eligible to receive the maximum Tier 3 Award. The panel may decide on a Supplemental Award of <u>any amount</u> for an individual eligible to receive a maximum Tier 3 Award, as long as the total amount of all Supplemental Awards does not exceed $5,000,000.

If the panel determines that you are not entitled to a Tier 3 Award, you will still be sent the Tier 1 Award if you are confirmed to be a settlement class member.

***Pro Rata* Adjustments.** If the total of all Tier 1, 2 and 3 Awards is less than the settlement amount of $73,000,000, Tier 2 and Tier 3 Awards will be increased *pro rata* (by the same percentage) until the settlement amount is reached or all Tier 2 and 3 Awards have been increased by 50%, whichever comes first. If all Tier 2 and Tier 3 Awards have been increased by 50% and the settlement fund is not exhausted, the balance will be distributed equally among all settlement class members, unless doing so would result in distributions of less than $100 per claimant, in which case the remaining balance will be applied to increase the distributions to Tier 2 and Tier 3 Claimants.

If the total payments for all Tier 1, 2 and 3 Awards exceeds the settlement amount of $73,000,000, all Tier 2 and 3 Awards will be decreased *pro rata* (by the same percentage) until the Settlement Amount is reached. Tier 1 Awards will not be reduced.

**Liens.** The amount of money you will receive also depends on any legally enforceable liens on the claim award. The amount paid to resolve any liens for settlement class members will be paid out of such settlement class member's claim award.

# HOW YOU GET A PAYMENT

| 9. | How can I get Settlement payment(s)? |
|----|--------------------------------------|

## Tier 1 Awards

If you are a class member and you didn't receive a Notice by mail or email with a Claimant ID Number on the upper left-hand corner, to receive a Tier 1 Award you must submit a Statement of Class Membership attesting to facts demonstrating you are a member of the class. All Statements of Class Membership will be subject to verification. You can find the Statement of Class Membership on the settlement website, www.UCLAHeapsSettlement.com. You may also request the Statement of Class Membership by email at info@UCLAHeapsSettlement.com or by phone at 1-888-921-0726. You can also submit a Statement of Class Membership on the settlement website, or you can mail it to:

QUESTIONS? CALL 1-888-921-0726 TOLL FREE OR VISIT WWW.UCLAHEAPSSETTLEMENT.COM
PARA UNA NOTIFICACIÓN EN ESPAÑOL, VISITE WWW.UCLAHEAPSSETTLEMENT.COM O LLAME 1-888-921-0726

8

UCLA Heaps Settlement
c/o JND Legal Administration
P.O. Box 91386
Seattle, WA 98111

Each settlement class member who can be identified through UCLA's records, or who submits a valid Statement of Class Membership, will be mailed a Tier 1 Award.

**Tier 2 and Tier 3 Awards**

To be eligible for a Tier 2 or Tier 3 Award, you must complete and submit a Tier 2 and Tier 3 Claim Form, including supporting evidence for a Tier 3 Claim. The Tier 2 and Tier 3 Claim Form is available on the settlement website, www.UCLAHeapsSettlement.com, and you may also request a Tier 2 and Tier 3 Claim Form by email at info@UCLAHeapsSettlement.com or by phone at 1-888-921-0726. Claim Forms can be completed and submitted to the Settlement Administrator online through the settlement website at www.UCLAHeapsSettlement.com or mailed to UCLA Heaps Settlement, c/o JND Legal Administration, P.O. Box 91386, Seattle, WA 98111. For your claim to be valid and timely, your Tier 2 and Tier 3 Claim Form **must be received by the Settlement Administrator via the settlement website (www.UCLAHeapsSettlement.com) or postmarked by mail no later than Month Day, 20_**[120 days from Notice mailing].

All claims and submissions in the settlement will be kept confidential by the Settlement Administrator, the panel, the special master, and the special master's team, and will be destroyed after the claims process is over and the settlement fund has been fully distributed. Class counsel will seek an order from the Court, called a Qualified Protective Order that will authorize disclosure of information under the Health Insurance Portability and Accountability Act ("HIPAA") for purposes of identifying and resolving any potential medical liens that may be asserted against settlement class members' claim awards. Certain information also is required to be provided to defendants' insurers, and the insurers will keep the information strictly confidential.

## 10. When would I get my payment(s) from the Settlement?

Payments will not be made until the Court grants final approval of the settlement and any objections or appeals are resolved in favor of the settlement. Updates will be provided on the settlement website, www.UCLAHeapsSettlement.com, and can also be obtained by contacting the Settlement Administrator by email at info@UCLAHeapsSettlement.com or by phone toll-free at 1-888-921-0726. Please be patient. Please do not contact the Court directly.

QUESTIONS? CALL 1-888-921-0726 TOLL FREE OR VISIT WWW.UCLAHEAPSSETTLEMENT.COM
PARA UNA NOTIFICACIÓN EN ESPAÑOL, VISITE WWW.UCLAHEAPSSETTLEMENT.COM O LLAME 1-888-921-0726

9

## 11.   What am I giving up to get payment(s) and stay in the Settlement?

In exchange for receiving payment and benefits from the settlement, you will give up your right to sue the Defendants on your own for the claims described in the settlement agreement.  You will also be bound by any decisions of the Court relating to the settlement.  If you do not wish to give up your right to sue the Defendants, you must exclude yourself from (opt out of) the settlement.

In return for paying the Settlement Amount and providing non-monetary benefits, the Defendants will be released from claims relating to the conduct alleged in this lawsuit.  Defendants will not be released from claims (i) based on actions by any medical practitioner at UCLA medical facilities unrelated to matters alleged in the Litigation in connection with Dr. Heaps, or (ii) medical malpractice or negligence by Dr. Heaps unrelated to any sexual conduct or physician/patient boundary allegations against Dr. Heaps, or (iii) medical malpractice or negligence by Dr. Heaps unknown to you as of the deadline to opt out of the settlement.  The settlement agreement describes the released claims in further detail in section 2.30.  Please read that agreement carefully since those releases will be binding on you as a class member if the Court grants final approval of the settlement.  If you have any questions, you can talk with class counsel free of charge or you may talk with your own lawyer (at your own expense).  The settlement agreement and releases are available at www.UCLAHeapsSettlement.com.

# EXCLUDING YOURSELF FROM THE SETTLEMENT

If you don't want a payment from the settlement, but you want to keep the right to sue the Defendants, then you must take steps to get out of the settlement class.  This is called asking to be excluded from or "opting out" of the settlement class.

## 12.   How do I get out of the Settlement?

To exclude yourself from the settlement, you must send a letter to the Settlement Administrator stating that you wish to be excluded.  Your written exclusion request must include the following:

- Your full name, address, and telephone number;
- The following statement:

    I want to be excluded from *A.B. v. Regents*, No. 2:20-CV-09555-RGK (C.D. Cal.), and understand that by excluding myself, I will not be able to get any money or benefits from the settlement.

- Your handwritten signature.

You must mail your written exclusion request, **postmarked no later than Month Day, 20___** [90 days from Notice mailing] to:

QUESTIONS? CALL 1-888-921-0726 TOLL FREE OR VISIT WWW.UCLAHEAPSSETTLEMENT.COM
PARA UNA NOTIFICACIÓN EN ESPAÑOL, VISITE WWW.UCLAHEAPSSETTLEMENT.COM O LLAME 1-888-921-0726

10

UCLA Heaps Settlement
c/o JND Legal Administration
P.O. Box 91387
Seattle, WA 98111

### 13.   If I don't exclude myself, can I sue the Defendants for the same thing later?

No. Unless you exclude yourself from the settlement, you give up any right to sue the Defendants for the claims being released in *A.B. v. Regents*, No. 2:20-CV-09555-RGK (C.D. Cal.).  If you have a pending lawsuit against any of the Defendants, please speak to your lawyer as soon as possible; you will need to exclude yourself from this settlement to continue your own lawsuit.

### 14.   If I exclude myself, can I get money from the Settlement?

No. If you exclude yourself from the settlement, you will not receive payment(s) from the settlement, but you will keep your legal rights to sue the Defendants.

## THE LAWYERS REPRESENTING YOU

### 15.   Do I have a lawyer in this case?

The Court has appointed the following lawyers, known as class counsel, to represent the class members in connection with the settlement:

| | |
|---|---|
| Daniel C. Girard<br>GIRARD SHARP LLP<br>601 California Street, Suite 1400<br>San Francisco, CA 94108<br>Phone: 415-981-4800<br>Email: dgirard@girardsharp.com | Amy M. Zeman<br>GIBBS LAW GROUP LLP<br>505 14th Street, Suite 1110<br>Oakland, CA 94612<br>Phone: 510-350-9700<br>Email: amz@classlawgroup.com |
| Elizabeth A. Kramer<br>ERICKSON KRAMER OSBORNE LLP<br>182 Howard Street<br>San Francisco, CA 94105<br>Phone: 415-635-0631<br>Email: elizabeth@eko.law | |

QUESTIONS? CALL 1-888-921-0726 TOLL FREE OR VISIT WWW.UCLAHEAPSSETTLEMENT.COM
PARA UNA NOTIFICACIÓN EN ESPAÑOL, VISITE WWW.UCLAHEAPSSETTLEMENT.COM O LLAME 1-888-921-0726

11

You will not be charged for contacting these lawyers.  If you want to be represented by your own lawyer, you may hire one at your own expense.

| **16.   How will the lawyers be paid?** |
|---|

Class counsel will ask the Court for payment of attorneys' fees and incurred expenses up to $8,760,000 to compensate them for their services in this litigation.  Any payment to the attorneys will be subject to Court approval, and the Court may award less than the amount requested.  Any attorneys' fees and expenses that the Court approves will not come out of the Settlement Amount, but will be paid separately by the Defendants.

Class Counsel will file a motion for attorney's fees and expenses after the claims process is complete and awards have been made to all claimants.  The claims process may take six months or more after the settlement becomes effective.  When class counsel's motion for attorneys' fees and expenses is filed, it will be posted at www.UCLAHeapsSettlement.com.  You have the right to comment in support of or in opposition (object) to the fee request.

# OBJECTING TO THE SETTLEMENT

| **17.   How do I tell the Court that I don't like the Settlement?** |
|---|

If you are a settlement class member and you have objections to any aspect of the settlement, you may express your views to the Court.  You can object to the settlement only if you do not exclude yourself from the settlement class.

You can ask the Court to deny approval by filing an objection.  You can't ask the Court to order a larger settlement—the Court can only approve or deny approval of the settlement the parties have reached.  If the Court denies approval of the settlement, no payments from the settlement fund will be made and the litigation will continue.  If that is what you want to happen, you must object.

If you wish to object to the settlement, you must do so in writing.  You may also appear at the fairness hearing, either in person or through your own attorney.  If you appear through your own attorney, you are responsible for paying that attorney.  All written objections and supporting papers must: (a) list your name, address, and telephone number; (b) clearly identify the case name and number (*A.B. v. Regents*, No. 2:20-CV-09555-RGK (C.D. Cal.)); (c) state whether the objection applies only to the objector, to a specific subset of the class, or to the entire class and state with specificity the grounds for the objection; (d) state whether the objecting class member intends to personally appear and/or testify at the fairness hearing; (e) include the name and contact information of any and all attorneys representing, advising, or assisting the objecting class member; (f) state whether any attorney will appear on the objecting class member's behalf at the fairness hearing, and if so, the identity of that attorney; (g) be submitted to the Court by mailing to the Clerk, United States District Court for the Central District of California, Roybal Federal Building and U.S. Courthouse, 255 East Temple Street, Los Angeles, CA 90012, or by filing in person at any location of the United States District Court for the Central District of California; and (h) be **filed or postmarked on or before Month Day, 20___** [90 days from Notice mailing].

QUESTIONS? CALL 1-888-921-0726 TOLL FREE OR VISIT WWW.UCLAHEAPSSETTLEMENT.COM
PARA UNA NOTIFICACIÓN EN ESPAÑOL, VISITE WWW.UCLAHEAPSSETTLEMENT.COM O LLAME 1-888-921-0726

12

You can also submit a statement in support of the settlement by writing to the Court at the address above.

## 18.  What's the difference between objecting and excluding?

By excluding yourself from the settlement, you are telling the Court that you do not want to participate in the settlement.  For that reason, you will not be eligible to receive any benefits from the settlement and you will not be able to object to it, as it will no longer apply to you or bind you.

By objecting to the settlement, you are telling the Court that you want to participate in the settlement, but that there is something about it you do not like. If you object, you are still eligible to receive payment (s) from the settlement.

# THE COURT'S FAIRNESS HEARING

The Court will hold a fairness hearing to decide whether to approve the settlement.  You may attend the hearing, and you may ask to speak, but you are not required to do so.

## 19.  When and where will the Court decide whether to approve the Settlement?

The Court will hold its fairness hearing on Month Day, _____ at XX:XX a.m. at the United States District Court, Central District of California, Roybal Federal Building and U.S. Courthouse, 255 East Temple Street, Los Angeles, CA 90012.

The hearing may be moved to a different date or time without additional direct notice to you.  You can check the Court's PACER site, http://cand.uscourts.gov/cm-ecf, check the settlement website, www.UCLAHeapsSettlement.com, or call (1-888-921-0726) or email the Settlement Administrator (info@UCLAHeapsSettlement.com) to confirm the date of the hearing.

At the fairness hearing, the Court will consider whether the proposed settlement is fair, reasonable, and adequate.  If there are objections or comments, the Court will consider them at that time and may listen to people who have asked to speak at the hearing.  The Court will decide whether to approve the settlement at or after the hearing.

## 20.  Do I have to come to the Fairness Hearing?

No.  Class counsel will answer any questions the Court may have at the fairness hearing, but you may attend at your own expense.  If you send an objection or comment in support of the settlement you do not have to come to the hearing to talk about it.  As long as you filed or mailed your written objection on time, the Court will consider it.  You may also hire your own lawyer at your own expense to attend the hearing on your behalf, but you are not required to do so.

QUESTIONS? CALL 1-888-921-0726 TOLL FREE OR VISIT WWW.UCLAHEAPSSETTLEMENT.COM
PARA UNA NOTIFICACIÓN EN ESPAÑOL, VISITE WWW.UCLAHEAPSSETTLEMENT.COM O LLAME 1-888-921-0726

13

## 21.   May I speak at the Fairness Hearing?

If you send an objection or comment on the settlement, you may be able to speak at the fairness hearing, subject to the Court's discretion.  You cannot speak at the fairness hearing if you exclude yourself from the settlement.

# IF YOU DO NOTHING

## 22.   What happens if I do nothing at all?

If you do nothing and the settlement is finally approved, you will receive a Tier 1 Award payment from the settlement if UCLA's records show you are a class member, and you will be bound by the Court's final judgment and the release of claims detailed in the settlement agreement.

# GETTING MORE INFORMATION

## 23.   How do I get more information?

This Notice summarizes the settlement and your rights and options.  More details are contained in the settlement agreement.  You can get copies of the settlement agreement and more information about the settlement on the settlement website, www.UCLAHeapsSettlement.com. You also may also contact the Settlement Administrator by email at info@UCLAHeapsSettlement.com, by phone toll-free at 1-888-921-0726, or by mail at UCLA Heaps Settlement, c/o JND Legal Administration, P.O. Box 91386, Seattle, WA 98111.

For a more detailed statement of the matters involved in the litigation and the settlement, you may review the various documents on the settlement website, www.UCLAHeapsSettlement.com, and/or by visiting (during business hours) the clerk's office at the United States District Court for the Central District of California, Roybal Federal Building and U.S. Courthouse, 255 East Temple Street, Los Angeles, CA 90012, File: *A.B. v. Regents*, No. 2:20-CV-09555-RGK, or by accessing the docket in this case through the Court's Public Access to Court Electronic Records (PACER) system at https://ecf.cand.uscourts.gov.

**PLEASE DO NOT TELEPHONE THE COURT OR THE COURT CLERK'S OFFICE TO
INQUIRE ABOUT THE SETTLEMENT OR THE CLAIM PROCESS.**

Dated: Month Day, Year                                    By Order of the Court
                                                                        United States District Court
                                                                        Central District of California

QUESTIONS? CALL 1-888-921-0726 TOLL FREE OR VISIT WWW.UCLAHEAPSSETTLEMENT.COM
PARA UNA NOTIFICACIÓN EN ESPAÑOL, VISITE WWW.UCLAHEAPSSETTLEMENT.COM O LLAME 1-888-921-0726

14

EXHIBIT C-1

**Must be received online or postmarked by mail no later than [Month Date Year]**

UCLA HEAPS SETTLEMENT
C/O JND LEGAL ADMINISTRATION
P.O. BOX 91386
SEATTLE, WA 98111
WWW.UCLAHEAPSSETTLEMENT.COM



**You may submit your Statement of Class Membership online at
www.UCLAHeapsSettlement.com**

## STATEMENT OF CLASS MEMBERSHIP

## INSTRUCTIONS



**READ FIRST:** If you received a Settlement Notice by mail or email containing a Claimant ID Number, you do NOT need to complete this Form.

If you did not receive a Settlement Notice by mail or email containing a Claimant ID Number, you must complete this Form if you meet the Settlement Class definition below and wish to participate in the Settlement:

> Female patients of Dr. Heaps who were seen for treatment by Dr. Heaps (1) at UCLA Medical Center (currently known as Ronald Reagan UCLA Medical Center) from January 1, 1986 to June 28, 2018, (2) at UCLA's student health center (currently known as Arthur Ashe Student Health and Wellness Center) from January 1, 1983 to June 30, 2010, or (3) at Dr. Heaps's medical offices at 100 UCLA Medical Plaza from February 1, 2014 to June 28, 2018.

THIS IS NOT A CLAIM FORM.  Use this Form if you believe you are a member of the Class but did not receive a Claimant ID.  If you are confirmed as a Settlement Class Member, you will receive a Tier 1 Award of $2,500.

IF YOU ALSO WISH TO SUBMIT A TIER 2 OR TIER 3 CLAIM, YOU MUST FILL OUT THE TIER 2 AND TIER 3 CLAIM FORM, available at www.UCLAHeapsSettlement.com.

## SECTION 1:  CLAIMANT INFORMATION

| 1. **CLAIMANT NAME:** | First | Middle | Last |
|---|---|---|---|
| 2. **OTHER NAMES USED:** | | | |
| 3. **DATE OF BIRTH:** | _____ Month | _____ Day | _____ Year |

| 4. | **SOCIAL SECURITY NUMBER, TAXPAYER ID OR FOREIGN ID NUMBER (IF NOT A U.S. CITIZEN):** | \|___\|___\|___\| - \|___\|___\| - \|___\|___\|___\|___\| **or** <br><br> \|___\|___\|___\|___\|___\|___\|___\|___\|___\|___\|___\| |
|----|---------------------------------------------------------------------------------------|---------------------------------------------------------------------------------------------------|
| 5. | **CURRENT ADDRESS:** | Street Address 1 <br><br> Street Address 2 <br><br> City / State / ZIP Code <br><br> Country |
| 6. | **TELEPHONE NUMBER:** | (\|___\|___\|) – \|___\|___\|___\| – \|___\|___\|___\|___\| <br> Area Code |
| 7. | **IS IT OKAY TO LEAVE YOU A MESSAGE ON THIS PHONE NUMBER?** | **Yes:** ☐   **No:** ☐ |
| 8. | **EMAIL ADDRESS:** | |
| 9. | **WERE YOU EVER A UCLA STUDENT?** | **Yes:** ☐   **No:** ☐ |
| 10. | **IF YES, PROVIDE YOUR DATES OF ENROLLMENT AND SCHOOL/DEPARTMENT:** | From: _____  To: _____ <br> Month and Year          Month and Year <br><br> School/Department: <br><br> _____ |

## ATTORNEY REPRESENTATION (IF APPLICABLE)

| | | | |
|---|---|---|---|
| **1.  ATTORNEY NAME:** | First | M.I. | Last |
| **2.  LAW FIRM NAME:** | | | |
| **3.  LAW FIRM MAILING ADDRESS:** | Street Address 1 | | |
| | Street Address 2 | | |
| | City | | |
| | State | | |
| | ZIP Code | | |
| **4.  ATTORNEY TELEPHONE:** | (\|_____\|_____\|_____\|) − \|_____\|_____\|_____\| − \|_____\|_____\|_____\|_____\| <br> Area Code | | |
| **5.  ATTORNEY EMAIL ADDRESS:** | | | |

| | |
|---|---|
| **WHAT IS YOUR PREFERRED LANGUAGE?** | |

## SECTION 2:  CLAIMANT STATEMENT

I was seen for treatment by Dr. Heaps (1) at UCLA Medical Center (currently known as Ronald Reagan UCLA Medical Center) from January 1, 1986 to June 28, 2018, (2) at UCLA's student health center (currently known as Arthur Ashe Student Health and Wellness Center) from January 1, 1983 to June 30, 2010, or (3) at Dr. Heaps's medical offices at 100 UCLA Medical Plaza from February 1, 2014 to June 28, 2018.

Therefore, I claim to be a Settlement Class Member.  Specifically, my visit(s) with Dr. Heaps occurred on or about the following date(s), and at the following locations:

| Date (mm/dd/yyyy) | Location of Visit |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

If you have any documentation of any of the visits you listed above (e.g., appointment confirmations, invoices, etc.), please attach copies.

You may be eligible even if you do not have any documentation, however, the Claims Administrator may contact you to request additional information.

## SECTION 3:  CLAIMANT SIGNATURE

**I hereby certify that the information provided in this Statement of Class Membership is true and accurate to the best of my knowledge.  I do not object to any resulting disclosures or to the resolution of any potential Liens on my behalf.  I understand that the Claims Administrator may contact me regarding the information I provided, and that providing false or misleading information may result in the rejection of my Claim.**

Signature

Printed Name (First, Middle, and Last)

| | | |/| | |/| | | | |

Date (Month/Day/Year)

You may file this Statement of Class Membership by mailing to the Settlement Administrator at UCLA Heaps Settlement, c/o JND Legal Administration, P.O. Box 91386, Seattle, WA 98111 or you may file your claim online through the Settlement Website at www.UCLAHeapsSettlement.com.

Your completed statement must be submitted online or postmarked by mail **no later than Month Day, Year.**

EXHIBIT C-2

**Must be received online or postmarked by mail no later than [Month Date Year]**

UCLA HEAPS SETTLEMENT
C/O JND LEGAL ADMINISTRATION
P.O. BOX 91386
SEATTLE, WA 98111
WWW.UCLAHEAPSSETTLEMENT.COM



**You may submit your Claim Form online at www.UCLAHeapsSettlement.com**

## TIER 2 AND TIER 3 CLAIM FORM

### <u>GENERAL INSTRUCTIONS</u>

Please review the following instructions before proceeding.

You may make a Tier 2 or Tier 3 claim, but not both.  In deciding whether to make a Tier 2 or Tier 3 claim, please note:

- To make a Tier 2 or 3 claim, you must fill out Sections 1 through 3, 5 and 6.

- To make a Tier 3 claim, you also need to fill out Section 4, and you will be interviewed by a trained specialist from the Special Master's Team.

- A compensable Tier 2 claim will result in a total award of $12,500 (subject to *pro rata* adjustment).

- A compensable Tier 3 claim will result in a total award of between $12,500 and $250,000, based on an evaluation by the Panel of the information provided in the claim form, during the interview, and in additional evidence of impact or damages.

- The Panel may give a supplemental award in extraordinary cases if the Panel determines that additional compensation is necessary to adequately compensate a claimant who is otherwise eligible to receive the maximum Tier 3 Award.  The supplemental award is at the Panel's discretion; you do not need to take any specific action to apply, aside from making a Tier 3 claim.

Please note, if you are a Settlement Class Member, you are eligible for a guaranteed minimum Tier 1 payment regardless of whether you make a Tier 2 or Tier 3 Claim.  Please see the Settlement website at **www.UCLAHeapsSettlement.com** for additional information.

## SECTION 1:  CLAIMANT NAME AND CONTACT INFORMATION

| | |
|---|---|
| **1.  NAME:** | First                Middle                Last |
| **2.  OTHER NAMES USED:** | |
| **3.  DATE OF BIRTH:** | _____   _____   _____<br>Month                Day                Year |
| **4.  SOCIAL SECURITY NUMBER, TAXPAYER ID OR FOREIGN ID NUMBER (IF NOT A U.S. CITIZEN):** | \|\_\|\_\|\_\| - \|\_\|\_\| - \|\_\|\_\|\_\|\_\|  **or**<br><br>\|\_\|\_\|\_\|\_\|\_\|\_\|\_\|\_\|\_\|\_\| |
| **5.  CURRENT ADDRESS:** | Street Address 1<br><br>Street Address 2<br><br>City<br><br>State<br><br>ZIP Code |
| **6.  PHONE NUMBER:** | (\|\_\|\_\|\_\|) – \|\_\|\_\|\_\| – \|\_\|\_\|\_\|\_\|<br>Area Code |
| **7.  IS IT OKAY TO LEAVE YOU A MESSAGE ON THIS PHONE NUMBER?** | **Yes:** ☐   **No:** ☐ |
| **8.  EMAIL ADDRESS:** | |

## ATTORNEY REPRESENTATION (IF APPLICABLE)

| | | | |
|---|---|---|---|
| **1. ATTORNEY NAME:** | First | M.I. | Last |
| **2. LAW FIRM NAME:** | | | |
| **3. LAW FIRM MAILING ADDRESS:** | Street Address 1 | | |
| | Street Address 2 | | |
| | City | | |
| | State | | |
| | ZIP Code | | |
| **4. ATTORNEY TELEPHONE:** | (\|___\|___\|___\|) – \|___\|___\|___\| – \|___\|___\|___\|___\|<br>Area Code | | |
| **5. ATTORNEY EMAIL ADDRESS:** | | | |

| | |
|---|---|
| **WHAT IS YOUR PREFERRED LANGUAGE?** | |

## SECTION 2:  SELECT CLAIM TYPE

Please select **ONE** of the following claim options:

☐  **Tier 2 Claim**   I choose to make a Tier 2 claim and complete this claim form only, to apply for an additional $10,000 award (for a total award of $12,500).  I understand the Special Master's Team may contact me in writing about the information provided on the Claim Form and I may be asked to answer questions in writing, but I will not be required to give an interview.

☐  **Tier 3 Claim**   I choose to make a Tier 3 claim and complete this claim form, and provide any documentation I have to support my claim, and give a confidential interview to a member of the Special Master's Team to provide as much information as possible about my claim.  I understand I may qualify for additional payment for a total award of $12,500 to $250,000.  I understand I may also be eligible for a supplemental award.

## SECTION 3:  QUESTIONS FOR TIER 2 AND 3 CLAIMANTS

Please provide complete responses to the questions below.  You may use additional sheets of paper to describe your experiences.  If you would like help filling out this Claim Form, Class Counsel are available to help at no cost to you. For assistance from Class Counsel, call 1-888-921-0726 and select Option [X] or email ClassCounsel@UCLAHeapsSettlement.com.

For each date that you were seen by Dr. James Heaps, please answer the questions below.  Please be as specific as possible.

1. **To the best of your recollection, provide the date(s) and location(s) for each of your appointment(s) with Dr. Heaps.**

| Date(s): | Location(s): |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

**2. Do you believe Dr. Heaps engaged in sexual misconduct toward you?**

Yes: ☐    No: ☐

For purposes of this Claim Form, "sexual misconduct" means conduct that is of a sexual nature, and either not medically necessary or not within an acceptable standard of care, including but not limited to sexually suggestive questions, statements, or gestures; touching any part of the body with the hands or with an object for sexual stimulation or gratification; and penetration with the hands or with an object for sexual stimulation or gratification.

**3. If yes, list the visit(s) below at which you allege that Dr. Heaps engaged in sexual misconduct toward you.**

| Date(s): | Location(s): |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

**4. For each of the visits at which you allege sexual misconduct occurred, describe the visit in as much detail as possible, including any conduct that you believe was inappropriate and how you felt at the time.  Use additional sheets if needed.**

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

5. **Describe how you felt following your appointment(s) with Dr. Heaps, and any continuing impact on you of your appointment(s) with Dr. Heaps.**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

6. **Did you tell anyone about any of your visits with Dr. Heaps (including friends, relatives, doctors or health professionals, hospital or school administrators, social workers, attorneys, law enforcement authorities, or Praesidium, the counseling service made available through a UCLA hotline after Dr. Heaps was criminally charged)?**

Yes: ☐   No: ☐

7. **If yes, who did you tell and when?  What did you tell them about your interaction with Dr. Heaps? Anyone you list will not be contacted without your permission.**

| Date: | | Name: | |
|---|---|---|---|
| | | | |

_____

_____

_____

_____

_____

_____

_____

_____

_____

| **Date:** | | **Name:** | |
|-----------|--|-----------|--|

_____
_____
_____
_____
_____
_____
_____
_____
_____

| **Date:** | | **Name:** | |
|-----------|--|-----------|--|

_____
_____
_____
_____
_____
_____
_____
_____
_____

| **Date:** | | **Name:** | |
|-----------|--|-----------|--|

_____
_____
_____
_____
_____
_____
_____
_____
_____

8.  **Did you post any reviews or comments online related to Dr. Heaps?**

   **Yes:** ☐    **No:** ☐

9.  **If yes, list below to the best of your recollection where you made the post, the approximate date, and the general content of the post.**

| <u>Date:</u> | | <u>Location:</u> | |
|---|---|---|---|

_____
_____
_____
_____
_____
_____
_____

| <u>Date:</u> | | <u>Location:</u> | |
|---|---|---|---|

_____
_____
_____
_____
_____
_____
_____

| <u>Date:</u> | | <u>Location:</u> | |
|---|---|---|---|

_____
_____
_____
_____
_____
_____

## SECTION 4:  QUESTIONS FOR TIER 3 CLAIMANTS ONLY

10. **When did you first feel that the behavior you described above was inappropriate (e.g., that the behavior made you uncomfortable, that the behavior might have been improper, or that you suspected the behavior could have been medically unnecessary)?**

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

11. **Describe any mental or emotional distress, or physical pain or discomfort, following your appointment(s) with Dr. Heaps up to the present time that were related to your interactions with him. Describe when you began to feel the distress, pain, or discomfort, and how long it lasted.**

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

12. **Describe how any emotional distress or physical pain or discomfort has affected you, including how it has affected your romantic relationship(s) and social functioning, work functioning, or other important aspects of daily life, including impact on sleep, irritability, concentration, eating, and any other activities and emotions, and how that impact has changed over time.**

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

13. **Have you sought counseling in connection with the injuries or emotional distress associated with your visit(s) to Dr. Heaps?**

Yes: ☐   No: ☐

14. **If yes, please describe below. Anyone listed below will not be contacted without your permission.**

| <u>Date</u>: | | <u>Name of Professional</u>: | |
|---|---|---|---|

**Nature of Treatment:** _____
_____
_____
_____
_____
_____

| **Date:** | | **Name of Professional:** | |

**Nature of Treatment:** _____

_____

_____

_____

_____

_____

| **Date:** | | **Name of Professional:** | |

**Nature of Treatment:** _____

_____

_____

_____

_____

_____

| **Date:** | | **Name of Professional:** | |

**Nature of Treatment:** _____

_____

_____

_____

_____

_____

| **Date:** | | **Name of Professional:** | |

**Nature of Treatment:** _____

_____

_____

_____

_____

_____

| **Date:** | | **Name of Professional:** | |
|---|---|---|---|

**Nature of Treatment:** _____

_____

_____

_____

_____

_____

---

**15. Have you sought other treatment of any kind in connection with the injuries or emotional distress associated with your visit(s) to Dr. Heaps?**

Yes: ☐    No: ☐

---

**16. If yes, please describe below.  Anyone listed below will not be contacted without your permission.**

| **Date:** | | **Name of Professional:** | |
|---|---|---|---|

**Nature of Treatment:** _____

_____

_____

_____

_____

_____

| **Date:** | | **Name of Professional:** | |
|---|---|---|---|

**Nature of Treatment:** _____

_____

_____

_____

_____

_____

| __Date__: | | __Name of Professional__: | |
|---|---|---|---|

**Nature of Treatment:** _____
_____
_____
_____
_____
_____

| __Date__: | | __Name of Professional__: | |
|---|---|---|---|

**Nature of Treatment:** _____
_____
_____
_____
_____
_____

| __Date__: | | __Name of Professional__: | |
|---|---|---|---|

**Nature of Treatment:** _____
_____
_____
_____
_____
_____

| __Date__: | | __Name of Professional__: | |
|---|---|---|---|

**Nature of Treatment:** _____
_____
_____
_____
_____
_____

**17.** **If you have incurred any expenses you attribute to injuries or emotional distress caused by your treatment by Dr. Heaps, please itemize such expenses below and, if available, provide copies of supporting documentation.**

| Expenses: | Supporting Documents Attached? |
|---|---|
| | Yes: ☐  No: ☐ |
| | Yes: ☐  No: ☐ |
| | Yes: ☐  No: ☐ |
| | Yes: ☐  No: ☐ |
| | Yes: ☐  No: ☐ |
| | Yes: ☐  No: ☐ |
| | Yes: ☐  No: ☐ |
| | Yes: ☐  No: ☐ |
| | Yes: ☐  No: ☐ |
| | Yes: ☐  No: ☐ |
| | Yes: ☐  No: ☐ |
| | Yes: ☐  No: ☐ |
| | Yes: ☐  No: ☐ |

**18.** **Please provide any additional information you believe is relevant or useful for the Panel to know.**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

## SECTION 5:  LIENS

As set forth in the Settlement Agreement, the Claims Administrator is administering the process for identifying and resolving any potential Liens that may be withheld or asserted against your Claim Award.  If you or the Claims Administrator identifies a potential Lien asserted, and the Claims Administrator confirms the validity and amount of such Lien(s), we are required to deduct those amounts from your Claim Award.  For purposes of determining if your Claim Award is subject to a Lien, please fill out the information, where applicable, in this Section.

### A. MEDICARE

1. If you are now enrolled, or have been enrolled at any time, in Medicare Part A or Medicare Part B program(s), provide the following information:

   HICN (Medicare Claim #):

   | | | | | | | | | | | | | | | | |

   Enrollment Date: |___|___|/|___|___|/|___|___|___|___|
   (Month/Day/Year)

2. If you are now enrolled, or have been enrolled at any time, in a Medicare Part C program (for example, a Medicare Advantage, Medicare Cost, Medicare healthcare prepayment plan benefits, or similar Medicare plan administered by private entities), provide the following information:

   Name of Plan:

   | | | | | | | | | | | | | | | | | | | | | | | | |

   Member Number for Plan:

   | | | | | | | | | | | | | | | | | | | | | | | | |

   Enrollment Date: |___|___|/|___|___|/|___|___|___|___|
   (Month/Day/Year)

3. If you are now enrolled, or have been enrolled at any time, in a Medicare Part D Program (prescription drug benefits), provide the following information:

   Name of Medicare Part D Plan:

   | | | | | | | | | | | | | | | | | | | | | | | | |

   Member Number of Medical Part D Plan:

   | | | | | | | | | | | | | | | | | | | | | | | | |

   Enrollment Date: |___|___|/|___|___|/|___|___|___|___|
   (Month/Day/Year)

## B.  MEDICAID

1.  If you are currently enrolled in a state Medicaid Program, provide the following information:

Medical ID Number: | | | | | | | | | | | | | |

State of Issuance:  | | | |

Enrollment Date:  | | |/| | |/| | | | |
                          (Month/Day/Year)

2.  If you have been enrolled in any other state Medicaid Program at any time, provide the following information:

Medical ID Number: | | | | | | | | | | | | | |

State of Issuance:  | | | |

Enrollment Date:  | | |/| | |/| | | | |
                          (Month/Day/Year)

## C.  DEPARTMENT OF VETERANS AFFAIRS, TRICARE, OR INDIAN HEALTH SERVICE

If you are now enrolled, or have been enrolled at any time, in any of the following programs, provide the required information about each program:

☐  **Department of Veterans Affairs Healthcare or Prescription Drug Benefits**

Claim Number:

| | | | | | | | | | | | | | | | | | | | |

Enrollment Dates: | | |/| | |/| | | |     **TO**    | | |/| | |/| | | |
                          (Month/Day/Year)                              (Month/Day/Year)

Branch: | | | | | | | | | | | | | | | | | | | | |

Sponsor: | | | | | | | | | | | | | | | | | |

Sponsor SSN: | | | | | - | | | | - | | | | |

Tribe: | | | | | | | | | | | | | | | | | |

Treating Facility: | | | | | | | | | | | | | | | | | | | |

☐ **TRICARE Healthcare or Prescription Drug Benefits**

Claim Number:

| | | | | | | | | | | | | | | | | | | | | | | | | | |

Enrollment Dates: |___|___|/|___|___|/|___|___|___|___|   **TO**   |___|___|/|___|___|/|___|___|___|___|
                         (Month/Day/Year)                                         (Month/Day/Year)

Branch: |___|___|___|___|___|___|___|___|___|___|___|___|___|___|___|___|___|___|___|___|___|

Sponsor: |___|___|___|___|___|___|___|___|___|___|___|___|___|___|___|___|___|___|___|___|___|

Sponsor SSN: |___|___|___| - |___|___| - |___|___|___|___|

Tribe: |___|___|___|___|___|___|___|___|___|___|___|___|___|___|___|___|___|___|___|___|___|

Treating Facility: |___|___|___|___|___|___|___|___|___|___|___|___|___|___|___|___|___|___|___|___|

☐ **Indian Health Service Healthcare or Prescription Drug Benefits**

Claim Number:

| | | | | | | | | | | | | | | | | | | | | | | | | | |

Enrollment Dates: |___|___|/|___|___|/|___|___|___|___|   **TO**   |___|___|/|___|___|/|___|___|___|___|
                         (Month/Day/Year)                                         (Month/Day/Year)

Branch: |___|___|___|___|___|___|___|___|___|___|___|___|___|___|___|___|___|___|___|___|___|

Sponsor: |___|___|___|___|___|___|___|___|___|___|___|___|___|___|___|___|___|___|___|___|___|

Sponsor SSN: |___|___|___| - |___|___| - |___|___|___|___|

Tribe: |___|___|___|___|___|___|___|___|___|___|___|___|___|___|___|___|___|___|___|___|___|

Treating Facility: |___|___|___|___|___|___|___|___|___|___|___|___|___|___|___|___|___|___|___|___|

## D.  OTHER GOVERNMENTAL PAYOR

If you were entitled to receive medical items, services, and/or prescription drugs from any Federal, State, or other governmental body, agency, department, plan, program, or entity that administers, funds, pays, contracts for, or provides medical items, services, and/or prescription drugs not previously listed above, provide the following information:

Name of Plan/Entity:

| | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Policyholder Name:

| | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Policy Number:

| | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Medical Condition Covered by Plan/Entity:

## E.  PRIVATE HEALTHCARE INSURANCE

If you have received medical treatment for your injuries described above that were covered by a private healthcare insurance plan, provide the following information for each such plan:

Name of Plan/Entity:

| | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Policyholder Name:

| | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Policy Number:

| | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Medical Condition Covered by Plan/Entity:

## F.  OTHER LIENS

**1.   Are you aware of a potential Lien that could be asserted against your Claim Award?**

**Yes:** ☐   **No:** ☐

*A "Lien" would include any lien, mortgage, reimbursement claim, pledge, charge, security interest, or other legal encumbrance, of any nature whatsoever, creating a legal obligation to withhold payment of a Claim.*

**2.   If yes, please describe such Liens below:**

_____

_____

_____

_____

_____

_____

_____

_____

## SECTION 6:  VERIFICATION

**I hereby certify that the information provided in this Claim Form, and any attachments, is true and accurate to the best of my knowledge.  I authorize the Claims Administrator to contact the healthcare insurance providers identified on this Claim Form per the Settlement Agreement, and I do not object to any resulting disclosures or to the resolution of any potential Liens on my behalf.  I understand that the Special Master or her team may contact me regarding the information I provided and that providing false or misleading information may result in the rejection of my Claim.**

Claimant Signature

Printed Full Name (First, Middle, and Last)

|___|___|___|/|___|___|/|___|___|___|___|
Date (Month/Day/Year)

You may submit this Tier 2 or Tier 3 claim by completing this hard copy claim form and mailing it to the Settlement Administrator at UCLA Heaps Settlement, c/o JND Legal Administration, P.O. Box 91386, Seattle, WA 98111 or you may file your claim online through the Settlement Website at www.UCLAHeapsSettlement.com.

Your completed claim must be submitted online or postmarked by mail **no later than Month Day, Year.**