EXHIBIT 3



San Francisco, CA
415.635.0631
eko.law

## EKO FIRM RESUME

Erickson Kramer Osborne LLP launched in April 2020.  Partners Julie C. Erickson, Elizabeth A. Kramer, and Kevin Osborne formed the new firm to unite their collective experience and expertise in a wide range of plaintiff-side litigation. EKO specializes in consumer protection, workers' rights, financial fraud, sexual abuse, privacy violations, and elder abuse.

## REPRESENTATIVE MATTERS

### Julie Erickson
Harrington v. Blue Shield: $23+ million settlement
Felser v. Blue Cross: $18+ million settlement
Camp v. Instacart: $4+ million settlement
Matias v. Star-J Trucking: $1+ million verdict

### Elizabeth Kramer
In re USC Student Health Center Sexual Abuse Litigation: $215 million
In re Oppenheimer Rochester Funds Securities Litigation (CA Fund): $ 50+ million
In re Lenovo Adware Consumer Fraud Litigation: $8+ million
In re HP Printer Firmware Update Consumer Fraud Litigation: $1.5 million

### Kevin Osborne
In Re Ghost Ship Fire Litigation: $33+ million settlement (+ additional confidential funds)
Fraley v. Facebook: $20 million settlement
Banco de México v. Orient Fisheries, Inc.: $16 million summary judgment
Carducci v. Wells Fargo: $10 million settlement
Gonzales v. Home Depot: $8 million settlement
Camp v. Instacart: $4+ million settlement
Matias v. Star-J Trucking: $1+ million verdict
Frias v. California Materials: $2+ million verdict
Reclusado v. Smith: $2+ million verdict



**RECOGNITION**

EKO partners are recognized as among the most skilled in complex litigation and trial advocacy by the National Trial Lawyers, Thompson Reuters Super Lawyers, Best Lawyers In America, and others.

Recent accolades include: Top Rated Class Action & Mass Torts Attorney in San Francisco (Super Lawyers), Top Rated Civil Litigation Attorney in San Francisco (Super Lawyers), Top 10 Wage & Hour Trial Lawyers in California (National Trial Lawyers), Outstanding New Lawyer of the Year Finalist (San Francisco Trial Lawyers Association) Top 40 Under 40 (National Trial Lawyers) Northern California Rising Star (Super Lawyers) Top 100 Civil Plaintiff Lawyers (National Trial Lawyers), and Trial Lawyer of the Year Nominee (San Francisco Trial Lawyers Association).