1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.B., C.D., E.F., G.H., I.J., K.L., M.N., on behalf of themselves and all others similarly situated,<br><br>　　Plaintiffs,<br>v.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA and JAMES MASON HEAPS,<br><br>　　Defendants. | Case No. 2:20-CV-09555-RGK (Ex)<br><br>**[~~PROPOSED~~] ORDER ON JOINT STIPULATION AND [~~PROPOSED~~] QUALIFIED HIPAA PROTECTIVE ORDER** |

1     **IT IS HEREBY ORDERED**, good cause appearing, that the terms of the Joint
2 Stipulation and [Proposed] Qualified HIPAA Protective Order submitted by the parties
3 meets with the approval of the Court. The Joint Stipulation and [Proposed] Qualified
4 HIPAA Protective Order is hereby adopted as the Order of this Court.

5
6   DATE: February 17, 2021         /s/ Charles F. Eick
7                                                         HONORABLE ~~R. GARY KLAUSNER~~
8                                                         UNITED STATES ~~DISTRICT JUDGE~~
                                                                            MAGISTRATE JUDGE
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[~~PROPOSED~~] ORDER ON JOINT STIUPLATION AND [~~PROPOSED~~] QUALIFIED
HIPAA PROTECTIVE ORDER
CASE NO. 2:20-cv-09555-RGK-(Ex)