| | |
|---|---|
| Daniel C. Girard (State Bar No. 114826) | Eric H. Gibbs (State Bar No. 178658) |
| Jordan Elias (State Bar No. 228731) | Amy M. Zeman (State Bar No. 273100) |
| Trevor T. Tan (State Bar No. 281045) | Amanda M. Karl (State Bar No. 301088) |
| Makenna Cox (State Bar No. 326068) | **GIBBS LAW GROUP LLP** |
| **GIRARD SHARP LLP** | 505 14th Street, Suite 1110 |
| 601 California Street, Suite 1400 | Oakland, CA 94612 |
| San Francisco, CA 94108 | Telephone: (510) 350-9700 |
| Telephone: (415) 981-4800 | Facsimile: (510) 350-9701 |
| Facsimile: (415) 981-4846 | ehg@classlawgroup.com |
| dgirard@girardsharp.com | amz@classlawgroup.com |
| jelias@girardsharp.com | amk@classlawgroup.com |
| ttan@girardsharp.com | |
| mcox@girardsharp.com | |

Elizabeth A. Kramer (State Bar No. 293129)
Julie Erickson (State Bar No. 293111)
**ERICKSON KRAMER OSBORNE LLP**
182 Howard Street # 736
San Francisco, CA 94105
Telephone: (415) 635-0631
Facsimile: (415) 599-8088
elizabeth@eko.law
julie@eko.law

*Counsel for Plaintiffs and the Proposed Class*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.B., C.D., E.F., G.H., I.J., K.L., M.N., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA; JAMES MASON HEAPS, M.D.; AND JOHN DOES 1-20,<br><br>Defendants. | Case No. 2:20-cv-09555-RGK (Ex)<br><br>**PLAINTIFFS' APPLICATION FOR LEAVE TO FILE UNDER SEAL EXHIBITS A AND B TO DECLARATION OF JENNIFER M. KEOUGH**<br><br>Date: July 12, 2021<br>Time: 9:00 a.m.<br>Judge: Hon. R. Gary Klausner<br>Courtroom: 850 |

Plaintiffs respectfully request that, under Local Rule 79-5.2.2(a), this Court permit filing under seal Exhibits A and B of the Declaration of Jennifer M. Keough, filed in support of final settlement approval. These exhibits are lists of the names and identities of the putative class members—former patients of Dr. Heaps—who submitted both potentially valid and potentially invalid exclusions to the Settlement.

Courts within the Ninth Circuit permit sealing where the document is one "traditionally kept secret," or where there are "compelling reasons" that outweigh access to court filings and public policies favoring disclosure. *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1178-79 (9th Cir. 2006). The names and identities of these non-party putative class members who visited an OB-GYN who allegedly assaulted many of his patients satisfy these criteria.

The Ninth Circuit has maintained a "tradition of not revealing the names of the victims of sexual assault." *Jordan v. Gardner*, 986 F.2d 1521, 1525 n.4 (9th Cir. 1993). Courts regularly uphold this tradition, keeping private potential assault victims' identities. *See N.S. v. Rockett*, No. 3:17-cv-2171, 2017 WL 1365223, at *2 (D. Or. Apr. 10, 2017) (considering the "public-policy and privacy concerns favoring anonymity of victims of sexual assault . . . , the district courts of this circuit uniformly allow plaintiffs alleging sexual assault to proceed under pseudonyms"); *Heineke v. Santa Clara Univ.*, No. 17-cv-05285, 2017 WL 6026248, at *22 (N.D. Cal. Dec. 5, 2017) (collecting cases). Here, in keeping with tradition, the names and identities of the women listed in Exhibits A and B should be kept private because they are potential sexual assault, abuse, and harassment victims.

There are compelling reasons to keep their identities private.  For example, one court held that "the need to protect the identity of former patients" of a different university OB-GYN constituted a compelling reason to seal class members' names and identities. *Lucy Chi v. Univ. of S. Cal.*, No. 2:18-cv-04258, 2019 WL 3315282, at *9 (C.D. Cal. May 21, 2019). As the court explained there, the "forced public disclosure of certain class members' identities could only be used for 'improper purposes.'" *Id.*

(quoting *Kamakana*, 447 F.3d at 1179).  Another court reasoned that permitting victims to proceed anonymously serves a "strong public interest" in not deterring other victims from reporting sexual assault and other related crimes. *Heineke*, 2017 WL 6026248, at *22 (collecting cases).  Avoiding discouraging would-be reports of sexual assault, protecting class members from use of their identities for "improper purposes," and protecting individuals from public connection to a serial sexual harasser all constitute compelling reasons to file these exhibits under seal.

There is little to counterbalance these compelling reasons. The specific names and identities of the individual former patients who attempted to opt out of this class action settlement do not inform the Court's decision whether to grant final approval to the settlement. Only the *number* of class members who opted out matters, and that is publicly available in Plaintiffs' reply papers. Further, this sealing application is unopposed.

Because of the sensitive nature of putative class members' affiliation with this lawsuit, Plaintiffs request the Court grant their application to file Exhibits A and B under seal.

Dated: June 28, 2021

Respectfully submitted,

/s/ *Daniel C. Girard*

Daniel C. Girard (State Bar No. 114826)
Jordan Elias (State Bar No. 228731)
Trevor T. Tan (State Bar No. 281045)
Makenna Cox (State Bar No. 326068)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
dgirard@girardsharp.com
jelias@girardsharp.com
ttan@girardsharp.com
mcox@girardsharp.com

Elizabeth A. Kramer (State Bar No. 293129)
Julie Erickson (State Bar No. 293111)
**ERICKSON KRAMER OSBORNE LLP**
182 Howard Street, # 736
San Francisco, CA 94105
Telephone: (415) 635-0631
Facsimile: (415) 599-8088
elizabeth@eko.law
julie@eko.law

Eric H. Gibbs (SBN 178658)
Amy M. Zeman (SBN 273100)
Amanda M. Karl (SBN 301088)
**GIBBS LAW GROUP LLP**
505 14th Street, Suite 1110
Oakland, CA 94612
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
ehg@classlawgroup.com
amz@classlawgroup.com
amk@classlawgroup.com

*Counsel for Plaintiffs and the Proposed Class*

**CERTIFICATE OF SERVICE**

I, Daniel C. Girard, hereby certify that on June 28, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will serve notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List. Counsel of record are required by the Court to be registered e-filers, and as such are automatically e-served with a copy of the document upon confirmation of e-filing.

I also certify that I caused the under-seal documents to be emailed to counsel for Defendant.

/s/ *Daniel C. Girard*