UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:20-cv-09555-RGK-E | Date | July 12, 2021 |
|---|---|---|---|
| Title | A.B. et al v. The Regents of the University of California et al | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | | |
|---|---|---|---|
| Sharon L. Williams | Sheri Kleeger | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: | |
| Elizabeth Kramer; Daniel Girard; Amanda Karl | | Jesse Cripps; Matt Hoffman; Cathy Conway; Tracy Green | |

**Proceedings:**   **Motion for Final Approval of Class Action [40]**

Court and counsel confer. No objections have been filed and no objectors are present. Court and counsel confer re settlement funds. The Motion for Final Approval of Class Action Settlement is approved. The request to appoint Irma Gonzalez as Special Master is approved. The attorney fees portion of the motion is taken under submission.

**IT IS SO ORDERED.**

:   02

Initials of Preparer   slw