JOHN C. MANLY, Esq. (SBN 149080)
VINCE W. FINALDI, Esq. (SBN 238279)
ALEX E. CUNNY, Esq. (SBN 291567)
JANE E. REILLEY, Esq. (SBN 314766)
TAYLOR W. BOREN, Esq. (SBN 325590)
**MANLY, STEWART & FINALDI**
19100 Von Karman Ave., Suite 800
Irvine, CA 92612
Telephone: (949) 252-9990
Fax: (949) 252-9991

Attorneys of Record for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.B., C.D., E.F., G.H., I.J., K.L., and M.N., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA and JAMES MASON HEAPS,<br><br>Defendants. | Case No.: 2:20-CV-09555-RGK-E<br>Assigned to Hon. R. Gary Klausner<br><br>**NOTICE OF PLAINTIFFS' MOTION FOR RELIEF FROM THE COURT'S ORDER, PURSUANT TO FED. R. CIV. P. 60(b) AND 6(b), AND SUPPORTING MEMORANDUM**<br><br>Date:      September 13, 2021<br>Time:      9:00 a.m.<br>Location:  Courtroom 850<br><br>Trial Date:  None Set. |

**TO THE ABOVE-ENTITLED COURT, PARTIES, AND COUNSELS OF RECORD:**

**PLEASE TAKE NOTICE** that on September 13, 2021, at 9:00 a.m. or as soon thereafter as counsel may be heard in the courtroom of the Honorable R. Gary

1

**NOTICE OF PLAINTIFFS' MOTION FOR RELIEF FROM ORDER, PURSUANT TO FED. R. CIV. P. 60(b) AND 6(b)**

Klausner, Courtroom 850, United States District Court of the Central District of California, Plaintiffs Jane CB Doe, Jane FR Doe, Jane LS Doe, Jane VS Doe, Jane NE Doe, and Jane NN Doe (the "Plaintiffs") will request the Court grant their Motion for Relief from Order, Pursuant to Fed. R. Civ. P. 60(b) and 6(b), to allow Plaintiffs to opt-out of Defendant Regents of the University of California's ("UCLA" and "Defendant") class action, only recently receiving final approval from this Court on July 12, 2021. Plaintiffs base their request for relief on the following grounds:

(1) The May 6, 2021, deadline for survivors of Dr. James Heaps' abuse to opt-out of the present class action improperly extinguishes the rights of Plaintiffs. This deadline supplants the statute of limitations decided by the California State Assembly in its near-unanimous approval of AB-3092: <u>December 31, 2021</u>. *See* California *Code of Civil Procedure* ("*C.C.P.*") § 314.16(d). The May 6, 2021, deadline circumvents the law—shaving <u>seven months</u> off an already short window where Plaintiffs may file their claims in civil court.

(2) All six Plaintiffs meet the standard for "excusable neglect" to warrant relief from the Court-imposed opt-out deadline in this class action. The U.S. Supreme Court gives federal courts guidance on the meaning of "excusable neglect" for relief from an Order, explored in *Pioneer Inv. Servs. Co. v. Brunswick Assocs. Ltd. P'ship,* 507 U.S. 380 (1993). The Supreme Court provides factors for the Court's determination: (1) the length of delay and its potential impact on judicial proceedings; (2) whether the movant acted in good faith; (3) the danger of prejudice to the party opposing the modification; and (4) the reason for the delay, including whether it was within the reasonable control of the movant. *Id.* at 395. Here, all four *Pioneer* factors support Plaintiffs' requested relief from the Court's Order. No Plaintiff willfully disregarded the class action opt-out deadline for tactical advantage, and justice will be served by restoring these Plaintiffs' rights, as provided by AB-3092.

Counsel for Plaintiffs attempted to engage in a good faith meet and confer effort with Counsel for Defendant UCLA to explore informally resolving this matter. *See* Declaration for Taylor W. Boren ("Boren Decl."), ¶3. Defense Counsel for UCLA stood by its position that Defendant UCLA would not agree to any late opt-outs from the underlying class action, including for these Plaintiffs. *Id*. Despite Plaintiff's Counsel attempts to informally resolve this matter, Court intervention into this matter is necessary. As such, this motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on July 20, 2021. Boren Decl., ¶3.

The present Motion for Relief is grounded in this Notice; the accompanying Memorandum of Points and Authorities; the Declaration of Taylor W. Boren, Esq.; and the records and files in this action; and upon such further evidence and arguments as may be presented prior to or at the time of hearing on the Motion.

Dated: August 16, 2021

**MANLY, STEWART & FINALDI**

By: /s/ Vince W. Finaldi
JOHN C. MANLY, Esq.
VINCE W. FINALDI, Esq.
ALEX E. CUNNY, Esq.
JANE E. REILLEY, Esq.
TAYLOR W. BOREN, Esq.
Attorneys of Record for Plaintiffs

3

**NOTICE OF PLAINTIFFS' MOTION FOR RELIEF FROM ORDER, PURSUANT TO FED. R. CIV. P. 60(b) AND 6(b)**

CERTIFICATE OF SERVICE
*A.B. et al v. The Regents of the University of California et al.*
*Case No. 2:20-cv-09555-RGK-E*

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Orange, State of California, and not a party to the above-entitled cause.

On August 16, 2021, I served a true copy of **NOTICE OF PLAINTIFFS' MOTION FOR RELIEF FROM THE COURT'S ORDER, PURSUANT TO FED. R. CIV. P. 60(b) AND 6(b), AND SUPPORTING MEMORANDUM**

[ ]   By personally delivering it to the persons(s) indicated below in the manner as provided in FRCivP5(B)

[ ]   By depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the parties indicated on the attached service list;

[X]   By ECF: On this date, I electronically filed the following document(s) with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to all other parties appearing on the docket sheet;

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

[X] (FEDERAL) I declare that I am employed in the office of a member of the bar of this court, at whose direction this service was made.

Executed on **August 16, 2021,** at Irvine, California.

/s/Kathy Frederiksen

## SERVICE LIST

**Catherine A Conway**
**Jesse A Cripps, Jr**
**Matthew Allan Hoffman**
**Debra Wong Yang**
Gibson Dunn and Crutcher LLP
333 South Grand Avenue Suite 4600
Los Angeles, CA 90071-3197
213-229-7000
213-229-7520 (fax)
cconway@gibsondunn.com
jcripps@gibsondunn.com
mhoffman@gibsondunn.com
dwongyang@gibsondunn.com
Attorneys for Defendant The Regents of the University of California

**Kathleen Dority Fuster**
**Tracy Green**
**Marc Smith**
Krane and Smith APC
16255 Ventura Boulevard Suite 600
Encino, CA 91436
818-382-4000
818-382-4001 (fax)
office@normintonlaw.com
tgreen@greenassoc.com
marc@kranesmith.com
Attorneys for Defendant James Mason Heaps

**Makenna Cox**
**Jordan Elias**
**Daniel C Girard**
**Trevor T Tan**
Girard Sharp LLP
601 California Street Suite 1400
San Francisco, CA 94108
415-981-4800
415-981-4846 (fax)
mcox@girardsharp.com
jelias@girardsharp.com
dgirard@girardsharp.com
ttan@girardsharp.com
Attorneys for Plaintiffs

**Julie Christine Erickson**
**Elizabeth A Kramer**
Erickson Kramer Osborne LLP
182 Howard Street
San Francisco, CA 94105
415-635-0631
415-599-8088 (fax)
elizabeth@eko.law
julie@eko.law
Attorneys for Plaintiffs

NOTICE OF PLAINTIFFS' MOTION FOR RELIEF FROM ORDER, PURSUANT TO
FED. R. CIV. P. 60(b) AND 6(b)

**Eric H Gibbs**
**Amanda M Karl**
**Amy M Zeman**
Gibbs Law Group LLP
505 14th Street Suite 1110
Oakland, CA 94612
510-350-9700
510-350-9701 (fax)
ehg@classlawgroup.com
amk@classlawgroup.com
amz@classlawgroup.com
Attorneys for Plaintiffs

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**MANLY, STEWART & FINALDI**
19100 Von Karman Ave., Suite 800
Irvine, California 92612
Telephone: (949) 252-9990

**NOTICE OF PLAINTIFFS' MOTION FOR RELIEF FROM ORDER, PURSUANT TO FED. R. CIV. P. 60(b) AND 6(b)**