Daniel C. Girard (State Bar No. 114826)
Jordan Elias (State Bar No. 228731)
Trevor T. Tan (State Bar No. 281045)
Makenna Cox (State Bar No. 326068)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
dgirard@girardsharp.com
jelias@girardsharp.com
ttan@girardsharp.com
mcox@girardsharp.com

*Counsel for Plaintiffs*

[Additional Counsel on Signature Page]

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.B., C.D., E.F., G.H., I.J., K.L., M.N., on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br> v. <br><br> THE REGENTS OF THE UNIVERSITY OF CALIFORNIA and JAMES MASON HEAPS, <br><br> Defendants. | Case No. 2:20-CV-09555-RGK (Ex) <br><br> Hon. R. Gary Klausner <br><br> **JOINT STIPULATION FOR ENTRY OF [PROPOSED] FINAL APPROVAL ORDER AND JUDGMENT** |

| | |
|---|---|
| 1 | Pursuant to the Settlement Agreement¹, the Parties have stipulated and agreed, |
| 2 | through their respective counsel, subject to the Court's approval, to the entry of the Final |
| 3 | Approval Order and Judgment attached hereto as **Exhibit A**. |
| 4 | WHEREAS, Plaintiffs moved for preliminary settlement approval on October 19, |
| 5 | 2020. |
| 6 | WHEREAS, on January 8, 2021, the Court granted preliminary approval of the |
| 7 | settlement under Federal Rule of Civil Procedure 23(e). ECF No. 33. The Court also |
| 8 | provisionally certified the proposed settlement class under Rules 23(a) and 23(b)(3). *Id.* |
| 9 | Additionally, the Court approved the proposed notice and notice distribution plan and set |
| 10 | the Final Approval Hearing for July 12, 2021. *Id.* |
| 11 | WHEREAS, on May 26, 2021, Plaintiffs moved for Final Approval of the |
| 12 | settlement. |
| 13 | WHEREAS, the Court held a Final Approval Hearing on July 12, 2021. At that |
| 14 | time, the Court granted Plaintiffs' Motion for Final Approval. On July 13, 2021, the |
| 15 | Court entered a Minute Order confirming final approval was granted. ECF No. 51. |
| 16 | WHEREAS, the Settlement approved by the Court contemplated entry of a final |
| 17 | judgement in substantially the form of the Proposed Final Approval Order and Judgment |
| 18 | attached hereto as Exhibit A. (ECF No. 13-3, ¶ 3.9). |
| 19 | NOW THEREFORE, IT IS HEREBY STIPULATED by the Parties, through their |
| 20 | counsel of record, and subject to approval by the Court, as follows: |
| 21 | 1. Pursuant to the Settlement Agreement, the parties stipulate to and respectfully |
| 22 | request entry of the Proposed Final Approval Order and Judgment attached |
| 23 | hereto as Exhibit A. |
| 24 | |
| 25 | APPROVED AND AGREED TO BY PLAINTIFFS' CLASS COUNSEL AS |
| 26 | AUTHORIZED BY CLASS REPRESENTATIVES: |
| 27 | |
| 28 | ¹ All capitalized terms herein shall have the same meanings as set forth in the Settlement Agreement. |

| | |
|---|---|
| 1 | BY  */s/ Daniel C. Girard*         DATE:  8/20/2021 |
| 2 | DANIEL C. GIRARD |
| 3 | GIRARD SHARP LLP |
| 4 | |
| 5 | BY  */s/ Amanda M. Karl*         DATE:  8/20/2021 |
| 6 | AMANDA M. KARL |
| 7 | GIBBS LAW GROUP |
| 8 | |
| 9 | BY  */s/ Elizabeth A. Kramer*   DATE:  8/20/2021 |
| 10 | ELIZABETH A. KRAMER |
| 11 | ERICKSON KRAMER OSBORNE |

APPROVED AND AGREED TO BY COUNSEL AS AUTHORIZED BY THE REGENTS OF THE UNIVERSITY OF CALIFORNIA:

BY  */s/ Jesse Cripps*         DATE:  8/20/2021

JESSE CRIPPS

GIBSON, DUNN, & CRUTCHER LLP

APPROVED AND AGREED TO BY COUNSEL AS AUTHORIZED BY DEFENDANT JAMES MASON HEAPS

BY  */s/ Marc Smith*         DATE:  8/20/2021

MARC SMITH

KRANE & SMITH, APC

**ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the ECF filer attests that the other signatory listed, on whose behalf the filing is submitted, concurs in this filing's content and has authorized this filing.

<u>          /s/ Daniel C. Girard          </u>