1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**DENIED BY THE COURT**

By: *Gary Klausner*
Hon. R. Gary Klausner
U.S. District Judge

Dated: February 18, 2022

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.B., C.D., E.F., G.H., I.J., K.L., M.N., on behalf of themselves and all others similarly situated,<br><br>          Plaintiffs,<br>     v.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA and JAMES MASON HEAPS,<br><br>          Defendants. | Case No. 2:20-CV-09555-RGK (Ex)<br><br>Hon. R. Gary Klausner<br><br>**[PROPOSED] ORDER REGARDING JOINT STIPULATION REGARDING PLAINTIFFS' APPLICATION FOR ATTORNEYS' FEES, COSTS, AND SERVICE AWARDS** [68] |

1  Having considered the Parties' Joint Stipulation Regarding Plaintiffs' Application
2  for Attorneys' Fees, Costs, and Service Awards, and for good cause shown, the Court
3  **GRANTS** the Parties' Stipulation.
4      NOW THEREFORE, it is hereby ORDERED:
5      1.    The Settlement Administrator shall promptly post the Court-approved briefing schedule, as well as all subsequent briefing and supporting declarations for this motion, on the settlement website.
8      2.    Pursuant to the Court's Order (ECF No. 67), Plaintiffs' Motion for Attorneys' Fees, Costs, and Service Awards shall be filed by March 30, 2022.
11     3.    Objections to Plaintiffs' Motion for Attorneys' Fees, Costs, and Service Awards shall be filed by April 29, 2022.
13     4.    Any reply in support of Plaintiffs' Motion for Attorneys' Fees, Costs, and Service Awards shall be filed by May 16, 2022.
15     5.    The Hearing on Plaintiffs' Motion for Attorneys' Fees, Costs, and Service Awards shall be June 6, 2022, or as soon thereafter as the matter may be heard by the Court.

**IT IS SO ORDERED.**

Dated: _____

**DENIED**

_____
Honorable R. Gary Klausner