EXHIBIT D

```
 1                    UNITED STATES OF AMERICA
                     UNITED STATES DISTRICT COURT
 2                  CENTRAL DISTRICT OF CALIFORNIA
                           WESTERN DIVISION
 3
                                - - -
 4              HONORABLE R. GARY KLAUSNER,
           UNITED STATES DISTRICT JUDGE PRESIDING
 5                              - - -

 6
     A.B., et al.,                     )
 7                                     )   Certified Copy
               PLAINTIFF,              )
 8                                     )
     VS.                               )   CV 20-09555 RGK
 9                                     )
     THE REGENTS of the                )
10   UNIVERSITY OF cALIFORNIA,         )
     et al.,                           )
11                                     )
               DEFENDANTS.             )
12   _____)

13

14

15
              REPORTER'S TRANSCRIPT OF PROCEEDINGS
16                  MONDAY, JULY 12, 2021
                        A.M. SESSION
17               LOS ANGELES, CALIFORNIA

18

19

20

21
              SHERI S. KLEEGER, CSR 10340
22          FEDERAL OFFICIAL COURT REPORTER
           312 NORTH SPRING STREET, ROOM 402
23           LOS ANGELES, CALIFORNIA 90012
                 PH:  (213)894-6604
24

25
```

```
 1
 2
 3   APPEARANCES OF COUNSEL:
 4   ON BEHALF OF PLAINTIFF:
 5   GIBBS LAW GROUP LLP
     BY:   AMANDA KARL, ATTORNEY AT LAW
 6
     GIRARD SHARP LLP
 7   BY:   DANIEL GIRARD, ESQUIRE

 8   ERICKSON KRAMER OSBORNE LLP
     BY:   ELIZABETH A. KRAMER, ATTORNEY AT LAW
 9
10   ON BEHALF OF DEFENDANT:
     GIBSON DUNN and CRUTCHER LLP
11   BY:   CATHERINE A. CONWAY
           JESSE CRIPPS, ESQUIRE
12         MATHEW HOFFMAN, ESQUIRE

13   KRANE and SMITH APC
     BY:   TRACY GREEN, ATTORNEY AT LAW
14
15
16
17
18
19
20
21
22
23
24
25
```

```
                1        LOS ANGELES, CALIFORNIA; MONDAY, JULY 12, 2021
                2                        A.M. SESSION
                3                            - - -
                4
09:20:13        5              THE CLERK:  Calling calendar item 9.
09:20:16        6   Case number civil 20-9555 RGK A.B., et al., versus the
09:20:20        7   Regents of the University of California, et al.
09:20:24        8              Counsel, please state your appearances.
09:20:27        9              MS. KRAMER:  Good morning, Your Honor.
09:20:27       10   Elizabeth Kramer of Erickson Kramer Osborne for the
09:20:32       11   plaintiffs.
               12              THE COURT:  Okay.
09:20:33       13              MR. SHARP:  Good morning, Your Honor.  I'm
09:20:33       14   Daniel Gerard; Gerard Sharp, also for plaintiffs.
               15              THE COURT:  Thank you, Counsel.
09:20:37       16              MS. CARL:  Good morning, Your Honor, Amanda
09:20:39       17   Carl from Gibbs Law Group, also on behalf of plaintiffs.
09:20:43       18              THE COURT:  Counsel.
09:20:43       19              MR. HOFFMAN:  Good morning, Your Honor.
09:20:44       20   Matt Hoffman on behalf of defendant Regents of the
09:20:46       21   University of California.
09:20:48       22              MS. CONWAY:  Good morning, Your Honor.
09:20:49       23   Cathy Conway on behalf of the Regents of the University
09:20:53       24   of California.
09:20:56       25              MR. CRIPPS:  And good morning.  Jessie
```

```
09:20:59   1  Cripps on behalf of the Regents as well, Your Honor.
09:21:02   2              MS. GREEN:  And Tracey Green on behalf of
09:21:04   3  James Heaps, M.D., Your Honor.
09:21:06   4              THE COURT:  Okay.  This will be very short.
09:21:07   5  Apparently -- are there any objectors in the courtroom?
09:21:11   6  Has anybody filed any objections as far as either side
09:21:14   7  knows?
09:21:15   8              MS. KRAMER:  No, Your Honor.
09:21:17   9              THE COURT:  You've done a lot of work on
09:21:19  10  this case, and seems like you put it together pretty
           11  well.
09:21:22  12              The Court has read and considered the
09:21:26  13  request for the settlement to be approved by the Court.
09:21:31  14              My understanding -- and make sure I
09:21:33  15  understand this correctly -- the non-revisionary
09:21:38  16  settlement fund will be 73 million; is that correct?
09:21:42  17              MS. KRAMER:  That's correct.
09:21:43  18              THE COURT:  Of that to the class members --
09:21:44  19  just being a class member would be 200 -- 2,500 to each
09:21:49  20  class member?
09:21:50  21              MS. KRAMER:  Yes.
09:21:50  22              THE COURT:  With the potential of going in
09:21:53  23  front of a special master.  And if they could prove --
09:21:57  24  or if they satisfied the special master, it could go up
09:22:01  25  to 10- to $12,000.  And in aggravated cases, it could go
```

```
09:22:06   1   up 250,000; is that correct?
09:22:07   2              MS. KRAMER:  That's correct, Your Honor.
09:22:08   3              And there is also a set-aside fund of
09:22:10   4   $5 million so that in special circumstances the panel
09:22:13   5   has discretion to award above the 250K.
09:22:17   6              THE COURT:  Right.  Okay.  I've got that.
09:22:19   7              And then to the nominative plaintiffs on it,
09:22:23   8   I believe we have 15,000 to each one?
09:22:25   9              MS. KRAMER:  That's correct.
09:22:26  10              THE COURT:  And the attorney fees you are
09:22:28  11   requesting -- and probably will be granted, but we
09:22:31  12   always do that after this -- the $8,760,000; is that
09:22:37  13   correct?
09:22:37  14              MS. KRAMER:  Correct, Your Honor.
09:22:40  15              THE COURT:  So I understand the frame up
09:22:42  16   pretty well.  And all sides agree.  And you put it
09:22:45  17   together, you put a lot of work into it.
09:22:47  18              So the Court's going to approve the
09:22:48  19   settlement.
09:22:49  20              The request for attorney fees, it looks to
09:22:51  21   me like that will be granted, but I'll have to take a
09:22:53  22   look at that.  Okay?
09:22:55  23              MR. CRIPPS:  Thank you.
09:22:56  24              THE COURT:  Anything else I can do for you?
09:22:57  25              MS. KRAMER:  Thank you, Your Honor.
```

```
09:22:58   1              THE COURT:  Sorry to keep you here so long
09:23:01   2   after all the work you've done.
09:23:03   3              MS. GREEN:  Housekeeping matters.  Do we
09:23:06   4   need to set any date at this point?
09:23:08   5              THE COURT:  No.  You wanted a special master
09:23:14   6   appointed; is that correct?  That's part of the
09:23:17   7   settlement?
09:23:17   8              MS. KRAMER:  Yes, Your Honor.
09:23:18   9              THE COURT:  And the request for the special
09:23:20  10   master, and that is Irma Gonzalez; is that right?
09:23:25  11              MS. KRAMER:  Irma Gonzales, yes, Your Honor.
09:23:27  12   And that's included in the proposed final approval.
09:23:30  13              THE COURT:  Yes.  And that's going to be
09:23:31  14   approved also.
09:23:32  15              MS. KRAMER:  Thank you, Your Honor.
09:23:33  16              THE COURT:  Thank you.
           17              (PROCEEDINGS CONCLUDED.)
           18
           19
           20
           21
           22
           23
           24
           25
```

```
 1
 2
 3              CERTIFICATE OF REPORTER
 4
 5  COUNTY OF LOS ANGELES        )
 6                               )  SS.
 7  STATE OF CALIFORNIA           )
 8
 9  I, SHERI S. KLEEGER, OFFICIAL COURT REPORTER, IN AND FOR
10  THE UNITED STATES DISTRICT COURT FOR THE CENTRAL
11  DISTRICT OF CALIFORNIA, DO HEREBY CERTIFY THAT PURSUANT
12  TO SECTION 753, TITLE 28, UNITED STATES CODE, THE
13  FOREGOING IS A TRUE AND CORRECT TRANSCRIPT OF THE
14  STENOGRAPHICALLY REPORTED PROCEEDINGS HELD IN THE
15  ABOVE-ENTITLED MATTER AND THAT THE TRANSCRIPT PAGE
16  FORMAT IS IN CONFORMANCE WITH THE REGULATIONS OF THE
17  JUDICIAL CONFERENCE OF THE UNITED STATES.
18
19
20  DATE:  July 14, 2021
21
22  _/S/_____
23  SHERI S. KLEEGER, CSR
24  FEDERAL OFFICIAL COURT REPORTER
25
```

| $ | A | case [2] - 3:6, 4:10<br>cases [1] - 4:25<br>CATHERINE [1] - 2:11<br>Cathy [1] - 3:23<br>CENTRAL [2] - 1:2, 7:10<br>CERTIFICATE [1] - 7:3<br>Certified [1] - 1:7<br>CERTIFY [1] - 7:11<br>circumstances [1] - 5:4<br>civil [1] - 3:6<br>class [3] - 4:18, 4:19, 4:20<br>CLERK [1] - 3:5<br>CODE [1] - 7:12<br>CONCLUDED [1] - 6:17<br>CONFERENCE [1] - 7:17<br>CONFORMANCE [1] - 7:16<br>considered [1] - 4:12<br>CONWAY [2] - 2:11, 3:22<br>Conway [1] - 3:23<br>Copy [1] - 1:7<br>CORRECT [1] - 7:13<br>correct [8] - 4:16, 4:17, 5:1, 5:2, 5:9, 5:13, 5:14, 6:6<br>correctly [1] - 4:15<br>COUNSEL [1] - 2:3<br>Counsel [2] - 3:8, 3:15<br>counsel [1] - 3:18<br>COUNTY [1] - 7:5<br>Court [2] - 4:12, 4:13<br>COURT [21] - 1:1, 1:22, 3:12, 3:15, 3:18, 4:4, 4:9, 4:18, 4:22, 5:6, 5:10, 5:15, 5:24, 6:1, 6:5, 6:9, 6:13, 6:16, 7:9, 7:10, 7:24<br>Court's [1] - 5:18<br>courtroom [1] - 4:5<br>CRIPPS [3] - 2:11, 3:25, 5:23<br>Cripps [1] - 4:1<br>CRUTCHER [1] - 2:10<br>CSR [2] - 1:21, 7:23<br>CV [1] - 1:8 | Daniel [1] - 3:14<br>DATE [1] - 7:20<br>date [1] - 6:4<br>defendant [1] - 3:20<br>DEFENDANT [1] - 2:10<br>DEFENDANTS [1] - 1:11<br>discretion [1] - 5:5<br>DISTRICT [5] - 1:1, 1:2, 1:4, 7:10, 7:11<br>DIVISION [1] - 1:2<br>DO [1] - 7:11<br>done [2] - 4:9, 6:2<br>DUNN [1] - 2:10 | Green [1] - 4:2<br>GREEN [3] - 2:13, 4:2, 6:3<br>GROUP [1] - 2:5<br>Group [1] - 3:17 |
|---|---|---|---|---|
| **$12,000** [1] - 4:25<br>**$8,760,000** [1] - 5:12 | **A.B** [2] - 1:6, 3:6<br>**A.M** [2] - 1:16, 3:2<br>**ABOVE** [1] - 7:15<br>**ABOVE-ENTITLED** [1] - 7:15<br>**aggravated** [1] - 4:25<br>**agree** [1] - 5:16<br>**al** [4] - 1:6, 1:10, 3:6, 3:7<br>**AMANDA** [1] - 2:5<br>**Amanda** [1] - 3:16<br>**AMERICA** [1] - 1:1<br>**AND** [3] - 7:9, 7:13, 7:15<br>**ANGELES** [4] - 1:17, 1:23, 3:1, 7:5<br>**APC** [1] - 2:13<br>**APPEARANCES** [1] - 2:3<br>**appearances** [1] - 3:8<br>**appointed** [1] - 6:6<br>**approval** [1] - 6:12<br>**approve** [1] - 5:18<br>**approved** [2] - 4:13, 6:14<br>**aside** [1] - 5:3<br>**AT** [3] - 2:5, 2:8, 2:13<br>**attorney** [2] - 5:10, 5:20<br>**ATTORNEY** [3] - 2:5, 2:8, 2:13<br>**award** [1] - 5:5 | | | **H** |
| **/** | | | **E** | **Heaps** [1] - 4:3<br>**HELD** [1] - 7:14<br>**HEREBY** [1] - 7:11<br>**HOFFMAN** [2] - 2:12, 3:19<br>**Hoffman** [1] - 3:20<br>**Honor** [14] - 3:9, 3:13, 3:16, 3:19, 3:22, 4:1, 4:3, 4:8, 5:2, 5:14, 5:25, 6:8, 6:11, 6:15<br>**HONORABLE** [1] - 1:4<br>**housekeeping** [1] - 6:3 |
| **/S** [1] - 7:22 | | | **either** [1] - 4:6<br>**ELIZABETH** [1] - 2:8<br>**Elizabeth** [1] - 3:10<br>**ENTITLED** [1] - 7:15<br>**ERICKSON** [1] - 2:8<br>**Erickson** [1] - 3:10<br>**ESQUIRE** [3] - 2:7, 2:11, 2:12<br>**et** [4] - 1:6, 1:10, 3:6, 3:7 | |
| **1** | | | | **I** |
| **10** [1] - 4:25<br>**10340** [1] - 1:21<br>**12** [2] - 1:16, 3:1<br>**14** [1] - 7:20<br>**15,000** [1] - 5:8 | | | **F** | **IN** [3] - 7:9, 7:14, 7:16<br>**included** [1] - 6:12<br>**Irma** [1] - 6:10<br>**irma** [1] - 6:11<br>**IS** [2] - 7:13, 7:16<br>**item** [1] - 3:5 |
| **2** | | | **far** [1] - 4:6<br>**FEDERAL** [2] - 1:22, 7:24<br>**fees** [2] - 5:10, 5:20<br>**filed** [1] - 4:6<br>**final** [1] - 6:12<br>**FOR** [2] - 7:9, 7:10<br>**FOREGOING** [1] - 7:13<br>**FORMAT** [1] - 7:16<br>**frame** [1] - 5:15<br>**front** [1] - 4:23<br>**fund** [2] - 4:16, 5:3 | |
| **2,500** [1] - 4:19<br>**20-09555** [1] - 1:8<br>**20-9555** [1] - 3:6<br>**200** [1] - 4:19<br>**2021** [3] - 1:16, 3:1, 7:20<br>**213)894-6604** [1] - 1:23<br>**250,000** [1] - 5:1<br>**250K** [1] - 5:5<br>**28** [1] - 7:12 | | | | **J** |
| | **B** | | | **James** [1] - 4:3<br>**JESSE** [1] - 2:11<br>**Jessie** [1] - 3:25<br>**JUDGE** [1] - 1:4<br>**JUDICIAL** [1] - 7:17<br>**JULY** [2] - 1:16, 3:1<br>**July** [1] - 7:20 |
| **3** | **behalf** [5] - 3:17, 3:20, 3:23, 4:1, 4:2<br>**BEHALF** [2] - 2:4, 2:10<br>**BY** [5] - 2:5, 2:7, 2:8, 2:11, 2:13 | | | |
| **312** [1] - 1:22 | | | **G** | **K** |
| **4** | | | | |
| **402** [1] - 1:22 | | | **GARY** [1] - 1:4<br>**Gerard** [2] - 3:14<br>**GIBBS** [1] - 2:5<br>**Gibbs** [1] - 3:17<br>**GIBSON** [1] - 2:10<br>**GIRARD** [2] - 2:6, 2:7<br>**Gonzales** [1] - 6:11<br>**Gonzalez** [1] - 6:10<br>**granted** [2] - 5:11, 5:21 | **KARL** [1] - 2:5<br>**keep** [1] - 6:1<br>**KLAUSNER** [1] - 1:4<br>**KLEEGER** [3] - 1:21, 7:9, 7:23<br>**knows** [1] - 4:7<br>**KRAMER** [13] - 2:8, 2:8, 3:9, 4:8, 4:17, 4:21, 5:2, 5:9, 5:14, 5:25, 6:8, 6:11, 6:15<br>**Kramer** [2] - 3:10 |
| **5** | **C** | | | |
| **5** [1] - 5:4 | | | **D** | |
| **7** | **calendar** [1] - 3:5<br>**CALIFORNIA** [6] - 1:2, 1:17, 1:23, 3:1, 7:7, 7:11<br>**California** [3] - 3:7, 3:21, 3:24<br>**cALIFORNIA** [1] - 1:10<br>**CARL** [1] - 3:16<br>**Carl** [1] - 3:17 | | | |
| **73** [1] - 4:16<br>**753** [1] - 7:12 | | | **DANIEL** [1] - 2:7 | |
| **9** | | | | |
| **9** [1] - 3:5<br>**90012** [1] - 1:23 | | | | |

**KRANE** [1] - 2:13

**L**

**LAW** [4] - 2:5, 2:5, 2:8, 2:13
**Law** [1] - 3:17
**LLP** [4] - 2:5, 2:6, 2:8, 2:10
**look** [1] - 5:22
**looks** [1] - 5:20
**LOS** [4] - 1:17, 1:23, 3:1, 7:5

**M**

**M.D** [1] - 4:3
**master** [4] - 4:23, 4:24, 6:5, 6:10
**MATHEW** [1] - 2:12
**Matt** [1] - 3:20
**MATTER** [1] - 7:15
**matters** [1] - 6:3
**member** [2] - 4:19, 4:20
**members** [1] - 4:18
**million** [2] - 4:16, 5:4
**MONDAY** [2] - 1:16, 3:1
**morning** [6] - 3:9, 3:13, 3:16, 3:19, 3:22, 3:25
**MR** [4] - 3:13, 3:19, 3:25, 5:23
**MS** [15] - 3:9, 3:16, 3:22, 4:2, 4:8, 4:17, 4:21, 5:2, 5:9, 5:14, 5:25, 6:3, 6:8, 6:11, 6:15

**N**

**need** [1] - 6:4
**nominative** [1] - 5:7
**non** [1] - 4:15
**non-revisionary** [1] - 4:15
**NORTH** [1] - 1:22
**number** [1] - 3:6

**O**

**objections** [1] - 4:6
**objectors** [1] - 4:5
**OF** [14] - 1:1, 1:2, 1:10, 1:15, 2:3, 2:4, 2:10, 7:3, 7:5, 7:7,

7:11, 7:13, 7:16, 7:17
**OFFICIAL** [3] - 1:22, 7:9, 7:24
**ON** [2] - 2:4, 2:10
**one** [1] - 5:8
**OSBORNE** [1] - 2:8
**Osborne** [1] - 3:10

**P**

**PAGE** [1] - 7:15
**panel** [1] - 5:4
**part** [1] - 6:6
**PH** [1] - 1:23
**PLAINTIFF** [2] - 1:7, 2:4
**plaintiffs** [4] - 3:11, 3:14, 3:17, 5:7
**point** [1] - 6:4
**potential** [1] - 4:22
**PRESIDING** [1] - 1:4
**pretty** [2] - 4:10, 5:16
**PROCEEDINGS** [3] - 1:15, 6:17, 7:14
**proposed** [1] - 6:12
**prove** [1] - 4:23
**PURSUANT** [1] - 7:11
**put** [3] - 4:10, 5:16, 5:17

**R**

**read** [1] - 4:12
**Regents** [4] - 3:7, 3:20, 3:23, 4:1
**REGENTS** [1] - 1:9
**REGULATIONS** [1] - 7:16
**REPORTED** [1] - 7:14
**REPORTER** [4] - 1:22, 7:3, 7:9, 7:24
**REPORTER'S** [1] - 1:15
**request** [3] - 4:13, 5:20, 6:9
**requesting** [1] - 5:11
**revisionary** [1] - 4:15
**RGK** [2] - 1:8, 3:6
**ROOM** [1] - 1:22

**S**

**satisfied** [1] - 4:24
**SECTION** [1] - 7:12
**SESSION** [2] - 1:16, 3:2

**set** [2] - 5:3, 6:4
**set-aside** [1] - 5:3
**settlement** [4] - 4:13, 4:16, 5:19, 6:7
**SHARP** [2] - 2:6, 3:13
**Sharp** [1] - 3:14
**SHERI** [3] - 1:21, 7:9, 7:23
**short** [1] - 4:4
**side** [1] - 4:6
**sides** [1] - 5:16
**SMITH** [1] - 2:13
**sorry** [1] - 6:1
**special** [5] - 4:23, 4:24, 5:4, 6:5, 6:9
**SPRING** [1] - 1:22
**SS** [1] - 7:6
**state** [1] - 3:8
**STATE** [1] - 7:7
**STATES** [6] - 1:1, 1:1, 1:4, 7:10, 7:12, 7:17
**STENOGRAPHICALLY** [1] - 7:14
**STREET** [1] - 1:22

**T**

**THAT** [2] - 7:11, 7:15
**THE** [26] - 1:9, 3:5, 3:12, 3:15, 3:18, 4:4, 4:9, 4:18, 4:22, 5:6, 5:10, 5:15, 5:24, 6:1, 6:9, 6:13, 6:16, 7:10, 7:12, 7:13, 7:14, 7:15, 7:16, 7:17
**TITLE** [1] - 7:12
**TO** [1] - 7:12
**together** [2] - 4:10, 5:17
**Tracey** [1] - 4:2
**TRACY** [1] - 2:13
**TRANSCRIPT** [3] - 1:15, 7:13, 7:15
**TRUE** [1] - 7:13

**U**

**UNITED** [6] - 1:1, 1:1, 1:4, 7:10, 7:12, 7:17
**University** [3] - 3:7, 3:21, 3:23
**UNIVERSITY** [1] - 1:10
**up** [3] - 4:24, 5:1, 5:15

**V**

**versus** [1] - 3:6
**VS** [1] - 1:8

**W**

**WESTERN** [1] - 1:2
**WITH** [1] - 7:16