| | FILED |
|---|---|
| UNITED STATES COURT OF APPEALS | |
| FOR THE NINTH CIRCUIT | MAY 26 2022 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

A. B.; et al.,

    Plaintiffs-Appellees,

  v.

REGENTS OF THE UNIVERSITY OF CALIFORNIA; JAMES MASON HEAPS,

    Defendants-Appellees,

  v.

JANE LS DOE; et al.,

    Movants-Appellants.

No. 21-56221

D.C. No. 2:20-cv-09555-RGK-E
Central District of California, Los Angeles

ORDER

Pursuant to the stipulation of the parties (Docket Entry No. 14), this appeal is voluntarily dismissed. Fed. R. App. P. 42(b). The parties shall bear their own costs and attorneys' fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT:

By: Steven J. Saltiel
Circuit Mediator

Mediation