# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.B., *et al.*,<br><br>  Plaintiffs,<br><br> v.<br><br>Regents of the University of California, *et al.*,<br><br>  Defendants. | Case No. 2:20-cv-09555-RGK (Ex)<br><br>**DECLARATION OF GENEVIEVE PIERCE IN SUPPORT OF STIPULATION REGARDING DISPOSITION OF RESIDUAL FUNDS** |

I, GENEVIEVE PIERCE, declare as follows:

1. I am a Senior Director at JND Legal Administration LLC ("JND"), the Court-appointed Settlement Administrator in this case. This Declaration is based on my personal knowledge, as well as upon information provided to me by knowledgeable JND employees and Counsel for the Plaintiffs and Defendants ("Counsel") and, if called upon to do so, I could and would testify competently thereto.

2. JND previously filed a Declaration Regarding Proposed Notice Program, dated November 16, 2020, ECF No. 13-13 and a Declaration Regarding Notice Program and Settlement Administration, dated May 26, 2021, ECF No. 38-

4. This Declaration is being filed to update the Court on the status of the Settlement[1] payment distributions and residual funds.

3. On November 10, 2021, the Court granted Final Approval of the Settlement of this action and entered the Final Approval Order and Judgment, ECF No. 66.

## **CLAIMS PROCESS**

4. As of November 10, 2023, a total of $72,047,998.23 in Tier 1, Tier 2 and Tier 3 had been distributed to the Class. Based on leftover and uncashed funds, an additional $1,259,816.74 was issued in residual funds. To date, $58,869.96 remains in the Settlement Fund.

5. Class Members submitted 1,713 Statement of Class Membership Forms for Tier 1[2], 772 Tier 2 Claim Forms, and 229 Tier 3 Claim Forms. Additionally, Class Members submitted 32 late Statement of Class Membership Forms for Tier 1, 25 late Tier 2 Claim Forms, and 27 late Tier 3 Claim Forms.

6. Including the Pre-Identified Class Members, a total of 5,656 Class Members' Claims were deemed valid and paid.

---

[1] Unless otherwise noted, capitalized terms have the meaning attributed to them in the Settlement Agreement, ECF No. 13-3.
[2] In addition to 1,713 timely Tier 1 Claims, there are 5,169 Pre-Identified Class Members for Tier 1 who did not submit a timely and valid exclusion.

2:20-cv-09555-RGK (Ex)
DECLARATION OF GENEVIEVE PIERCE IN SUPPORT OF STIPULATION REGARDING DISPOSITION OF RESIDUAL FUNDS - 2

7. Consistent with the Claims Process, ECF No. 13-4, beginning on September 21, 2021, each Settlement Class Member who could be pre-identified through UCLA's existing records and each Settlement Class Member who completed and returned a qualifying Statement of Class Membership Form was issued a Tier 1 Award of $2,500.

8. To distribute funds to Class Members expeditiously, Class Members who filed Tier 2 and Tier 3 Claims were also issued these $2,500 payments in September 2021. Additional Awards that were subsequently paid to Tier 2 and Tier 3 Class Members were offset by the amount of this initial distribution.

9. As of November 10, 2023, a total of 5,343 Tier 1 Awards had been issued in the amount of $13,357,500. Of these, payments in the amount of $12,690,000 were cashed or deposited.

10. In an effort to assess the severity of damages sustained by respective Class Members, and to fairly determine and allocate Claim Awards to Tier 2 and Tier 3 Class Members, the Court appointed the Hon. Irma E. Gonzalez as the Special Master tasked with leading a Panel and a team of 12 skilled interviewers (collectively, the "Special Master's Team"). In addition to the Special Master, the Special Master's Panel (the "Panel") included obstetrician-gynecologist Susan Ernst, M.D. and forensic psychiatrist Annie Steinberg, M.D. As part of the claims process, Tier 2 Class Members were asked to describe their experiences, the impact on them, and any damages sustained. Tier 3 Class Members were additionally asked to

provide further evidence of their experiences during an interview with a member of the Special Master's Team.

11. To support the Special Master's Team in their assessment process, JND provided technical support and services: through use of its secure platforms for data collection, review, and analysis, including development of a customized secure portal to access submitted Claim Forms and supporting documentation, as well as document assessments, and to record Tier 3 Interviews; through regular teleconferences with the Special Master's Team to support review efforts and provide information regarding confirmation of Class Membership and any outstanding Claimant issues; by coordinating the scheduling of Tier 3 interviews between Class Members and the Special Master's Team; and by managing compensation for the Special Master's Team.

12. The Panel completed its determination of Tier 2 and Tier 3 Awards and, on April 28, 2022, the Panel submitted its UCLA Heaps Settlement Final Report of Panel ("Panel's Final Report"), ECF No. 75, on the damages assessment and Claim Award allocation processes under the Settlement.

13. Following the Panel's Final Report and the conclusion of its assessment, JND commenced issuing Claim Awards and determination letters to Tier 2 and 3 Class Members on April 29, 2022. The letters to Class Members accompanying the Award informed them of any Tier 1 Award offsets, their Tier 2 or Tier 3 Award amounts, whether any reimbursement interests were paid as part of the

lien resolution process, and whether lien resolution was still pending prior to additional—or full—disbursement of their Claim Awards. As of November 10, 2023, 643 Class Members had been issued their Tier 2 or Tier 3 Award amounting to $58,672,457.33, and all of those Awards had been deposited.

## **LIEN RESOLUTION**

14. Per Section 5.10 of the Settlement Agreement, JND was appointed by the Parties to resolve potential reimbursement interests for medical treatment paid on behalf of Class Members related to the Settlement. As part of this process, JND notified Class Members of potential reimbursement interests of insurers and indicated that it was confirming whether a lien was being asserted against Class Members' Awards for past medical treatment related to the alleged conduct at issue in this case. JND worked diligently to resolve any reimbursement interests on both a global and individual basis on behalf of Class Members by reaching out to the appropriate insurance carriers and subrogation agencies, and by requesting additional information from Class Members when appropriate to aid in the lien resolution process. All relevant liens have been resolved and were deducted from the relevant Class Member Awards.

## **RESIDUAL FUNDS**

15. Following the respective void dates for all Tier 1, Tier 2 and Tier 3 Awards issued as of June 2023, $1,259,816.74 remained in the Settlement Fund. The Parties approved a residual distribution to the Class of the remaining funds, which began June 7, 2023. As of November 10, 2023, JND had issued a total of 5,068 residual payments to all Class Members, totaling $1,259,816.74.

16. Class Members were given until September 5, 2023 to cash or deposit these residual checks. As of November 10, 2023, $71,897.08 in Residual Payments had not been deposited or cashed by Class Members, in addition to two Tier 1 Payments totaling $5,000 that remained uncashed. Also, upon approval by Counsel, four Tier 1 Payments plus residual Awards were issued to Class Members, totaling $10,995.12. Another $7,032 was paid out of the Fund due to tax payments and expenses owed by the Settlement Fund.

17. Also as of November 10, 2023, JND had received 17 final, residual payment reissue requests following the original void date of September 5, 2023. Reissuance of these residual payments is anticipated to conclude by mid November 2023. The sum of these 17 residual payment reissues is $4,229.25.

18. As of November 10, 2023, Class Members had deposited or cashed a total of approximately $72,763,157.88 in Settlement checks.

19. As a result of the payments referenced in paragraph 16, and after the remaining residual payment reissues are cashed or deposited—a process expected to

conclude by December 2023—a residual sum of approximately $57,128.52 will remain in the Settlement Fund.

20. JND estimates that the administrative costs associated with redistributing the $57,128.52 remaining in the Settlement Fund to the 236 Tier 3 Class Members would be approximately $79,650.00. These estimated costs are based on the printing and postage costs associated with mailing, in addition to the anticipated increase in communications with Class Members resulting from the redistribution, an increase that occurred following prior distributions. The projected costs associated with redistribution of the remaining funds outweigh the funds available and, as such, a redistribution is not economically practical. As a result, JND supports the Parties' proposal to distribute the remaining funds *cy pres* to a recipient approved by the Court.

I declare under penalty of perjury under the laws of the United States of 1America that the foregoing is true and correct.

Executed on November 13, 2023, in Seattle, Washington.

*/s/ Genevieve A. Pierce*

GENEVIEVE PIERCE