## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.B., C.D., E.F., G.H., I.J., K.L., M.N., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA; JAMES MASON HEAPS, M.D.; AND JOHN DOES 1-20,<br><br>Defendants. | Case No. 2:20-CV-09555-RGK (Ex)<br><br>Hon. R. Gary Klausner<br><br>**[PROPOSED] ORDER REGARDING DISPOSITION OF RESIDUAL FUNDS** |

1    This matter comes before the Court on the Parties' Stipulation Regarding
2    Disposition of Residual Funds. For good cause shown, the Court APPROVES the
3    Stipulation and ORDERS as follows:
4    After completion of the remaining residual payment reissues, the Settlement
5    Administrator shall disburse the amount remaining in the Settlement Fund to the Los
6    Angeles Center for Law and Justice.
7    IT IS SO ORDERED.

10   DATED: _____

     R. Gary Klausner
     United States District Judge

[PROPOSED] ORDER REGARDING DISPOSITION OF RESIDUAL FUNDS
CASE NO. 2:20-cv-09555-RGK (Ex)