## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | 2:20-cv-09555-RGK-E | Date | November 16, 2023 |
|---|---|---|---|
| Title | *A.B. et al v. The Regents of the University of California et al* | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Joseph Remigio | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**     **(IN CHAMBERS) Order Re: Stipulation for Disbursement of Funds to Los Angeles Center for Law and Justice [DE 81]**

On November 14, 2023, the parties in this class action suit filed a Joint Stipulation to disburse approximately $57,000 in remaining settlement funds to the Los Angeles Center for Law and Justice as a cy pres recipient. The parties estimate that the cost of distributing the funds to 236 class members would be approximately $79,650. This includes "printing and postage costs associated with mailing, in addition to the anticipated increase in communications with Class Members resulting from the redistribution." (Pierce Decl. ¶ 20, ECF No. 81-1.) The parties provide no additional information to persuade the Court that making 236 additional distributions would be so prohibitively expensive. Accordingly, the Court **DENIES** the Stipulation.

**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | JRE/ak |