| | |
|---|---|
| Daniel C. Girard (State Bar No. 114826)<br>dgirard@girardsharp.com<br>Jordan Elias (State Bar No. 228731)<br>jelias@girardsharp.com<br>Trevor T. Tan (State Bar No. 281045)<br>ttan@girardsharp.com<br>**GIRARD SHARP LLP**<br>601 California Street, Suite 1400<br>San Francisco, CA 94108<br>Telephone: (415) 981-4800<br>Facsimile: (415) 981-4846<br><br>Eric H. Gibbs (State Bar No. 178658)<br>ehg@classlawgroup.com<br>Amy M. Zeman (State Bar No. 273100)<br>amz@classlawgroup.com<br>Amanda M. Karl (State Bar No. 301088)<br>amk@classlawgroup.com<br>**GIBBS LAW GROUP LLP**<br>505 14th Street, Suite 1110<br>Oakland, CA 94612<br>Telephone: (510) 350-9700<br>Facsimile: (510) 350-9701<br><br>*Class Counsel [Additional Class Counsel on Signature Page]* | **GIBSON, DUNN & CRUTCHER LLP**<br>DEBRA WONG YANG, SBN 123289<br>dwongyang@gibsondunn.com<br>CATHERINE A. CONWAY, SBN 98366<br>cconway@gibsondunn.com<br>JESSE A. CRIPPS, SBN 222285<br>jcripps@gibsondunn.com<br>MATTHEW A. HOFFMAN, SBN 227351<br>mhoffman@gibsondunn.com<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Telephone: 213.229.7000<br>Facsimile: 213.229.7520<br><br>*Attorneys for Defendant The Regents of the University of California [Counsel for Additional Defendants on Signature Page]* |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.B., C.D., E.F., G.H., I.J., K.L., M.N., on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA; JAMES MASON HEAPS, M.D.; AND JOHN DOES 1-20,<br><br>    Defendants. | Case No. 2:20-CV-09555-RGK (Ex)<br><br>Hon. R. Gary Klausner<br><br>**SECOND STIPULATION REGARDING DISPOSITION OF RESIDUAL FUNDS**<br><br>Civ. L.R. 7-1 |

Plaintiffs A.B., C.D., E.F., G.H., I.J., K.L., M.N., on behalf of themselves and all others similarly situated ("Plaintiffs"), and Defendants The Regents of the University of California and James Mason Heaps, M.D. ("Defendants") (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, on November 16, 2023, the Court issued a Minute Order (ECF No. 82) denying the Parties' prior stipulation (ECF No. 81) to make a charitable distribution of the remaining settlement funds;

WHEREAS, the Court found in part that the Parties had not sufficiently explained why it would be prohibitively expensive to distribute the remaining funds to the 236 class members in Tier 3 of the Settlement's claim and compensation structure (ECF No. 82);

WHEREAS, the 236 claimants in Tier 3 are those who sat for an interview with the Special Master's Panel, and who have received the largest payments under Settlement given their experiences;

WHEREAS, following the Court's Minute Order, the Plaintiffs propose, and Defendants do not oppose, distributing the remaining settlement funds to the Tier 3 claimants, subject to the Court's approval, as reasonable, fair, and consistent with the Settlement Agreement;

WHEREAS, following the Court's Minute Order, the Settlement Administrator determined that distributing the remaining funds to the 236 Tier 3 claimants will yield individual checks of approximately $240;

WHEREAS, if the Court approves this distribution, Plaintiffs will notify the Court after it is complete and the Settlement Fund has been exhausted; and

WHEREAS, in the interests of efficiency, the parties request leave to distribute the proceeds of any returned checks to the Los Angeles Center for Law and Justice, without further order of this Court, provided such amount does not exceed $5,000 in the aggregate.

NOW THEREFORE, the Parties hereby stipulate, and respectfully request that the Court order, that the Settlement Administrator disburse the amount remaining in the

Settlement Fund to the 236 claimants in Tier 3, with any uncashed checks totaling less than $5,000 to be distributed to the Los Angeles Center for Law and Justice.

Respectfully submitted,

Dated: January 26, 2024

/s/ *Daniel C. Girard*
Daniel C. Girard (State Bar No. 114826)
Jordan Elias (State Bar No. 228731)
Trevor T. Tan (State Bar No. 281045)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
dgirard@girardsharp.com
jelias@girardsharp.com
ttan@girardsharp.com

Eric H. Gibbs (State Bar No. 178658)
Amy M. Zeman (State Bar No. 273100)
Amanda M. Karl (State Bar No. 301088)
**GIBBS LAW GROUP LLP**
505 14th Street, Suite 1110
Oakland, CA 94612
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
ehg@classlawgroup.com
amz@classlawgroup.com
amk@classlawgroup.com

Elizabeth A. Kramer (State Bar No. 293129)
Julie Erickson (State Bar No. 293111)
**ERICKSON KRAMER OSBORNE LLP**
44 Tehama Street
San Francisco, CA 94105
Telephone: (415) 635-0631
Facsimile: (415) 599-8088
elizabeth@eko.law

julie@eko.law

*Class Counsel*

/s/ *Jesse A. Cripps*
GIBSON, DUNN & CRUTCHER LLP
DEBRA WONG YANG, SBN 123289
dwongyang@gibsondunn.com
CATHERINE A. CONWAY, SBN 98366
cconway@gibsondunn.com
JESSE A. CRIPPS, SBN 222285
jcripps@gibsondunn.com
MATTHEW A. HOFFMAN, SBN 227351
mhoffman@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

*Attorneys for Defendant The Regents of the University of California*

/s/ *Tracy Green*
Tracy Green (SBN 137869)
**GREEN & ASSOCIATES**
800 West Sixth Street, Suite 450
Los Angeles, CA 90017
(213) 233-2260

*Attorneys for Defendant James Mason Heaps, M.D.*