1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| A.B., C.D., E.F., G.H., I.J., K.L., M.N., on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA; JAMES MASON HEAPS, M.D.; AND JOHN DOES 1-20,<br><br>        Defendants. | Case No. 2:20-CV-09555-RGK (Ex)<br><br>Hon. R. Gary Klausner<br><br>**[PROPOSED] ORDER GRANTING SECOND STIPULATION REGARDING DISPOSITION OF RESIDUAL FUNDS**<br><br>Civ. L.R. 7-1 |

The Parties have filed a Second Stipulation Regarding Disposition of Residual Funds.  The Court hereby **ENTERS** the stipulation and **ORDERS** as follows:

The Settlement Administrator shall disburse the amount remaining in the Settlement Fund to the 236 claimants in Tier 3, with any uncashed checks totaling less than $5,000 to be distributed to the Los Angeles Center for Law and Justice.

**IT IS SO ORDERED.**

DATED:                                          _____

Hon. R. Gary Klausner

United States District Judge

1