UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:20-cv-09555-RGK-E | Date | April 5, 2024 |
|---|---|---|---|
| Title | A.B. et al. v. The Regents of the University of California et al. | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | | |
|---|---|---|---|
| Joseph Remigio | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:**     **(IN CHAMBERS) Order RE: Letter Regarding claimant Maria Siani (ECF No. 85)**

On April 1, 2024, Sandra Siani wrote a letter to the Court regarding her mother, Maria Siani. (ECF No. 85.) Under the Local Rules, "parties to any action or proceeding shall refrain from writing letters to the judge . . . . All matters must be called to a judge's attention by appropriate application or motion filed in compliance with these Local Rules". C.D. Cal. L.R. 83-2.5. Accordingly, the Court **STRIKES** the improper letter filing.

**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | JRE/ak |