Daniel C. Girard (State Bar No. 114826)
dgirard@girardsharp.com
Jordan Elias (State Bar No. 228731)
jelias@girardsharp.com
Trevor T. Tan (State Bar No. 281045)
ttan@girardsharp.com
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

Eric H. Gibbs (State Bar No. 178658)
ehg@classlawgroup.com
Amy M. Zeman (State Bar No. 273100)
amz@classlawgroup.com
Amanda M. Karl (State Bar No. 301088)
amk@classlawgroup.com
**GIBBS LAW GROUP LLP**
505 14th Street, Suite 1110
Oakland, CA 94612
Telephone: (510) 350-9700
Facsimile: (510) 350-9701

*Class Counsel [Additional Class Counsel on Signature Page]*

**GIBSON, DUNN & CRUTCHER LLP**
DEBRA WONG YANG, SBN 123289
dwongyang@gibsondunn.com
CATHERINE A. CONWAY, SBN 98366
cconway@gibsondunn.com
JESSE A. CRIPPS, SBN 222285
jcripps@gibsondunn.com
MATTHEW A. HOFFMAN, SBN 227351
mhoffman@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

*Attorneys for Defendant The Regents of the University of California [Counsel for Additional Defendants on Signature Page]*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.B., C.D., E.F., G.H., I.J., K.L., M.N., on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> THE REGENTS OF THE UNIVERSITY OF CALIFORNIA; JAMES MASON HEAPS, M.D.; AND JOHN DOES 1-20, <br><br> Defendants. | Case No. 2:20-CV-09555-RGK (Ex) <br><br> Hon. R. Gary Klausner <br><br> **THIRD STIPULATION REGARDING DISPOSITION OF RESIDUAL FUNDS** <br><br> Civ. L.R. 7-1 |

Plaintiffs A.B., C.D., E.F., G.H., I.J., K.L., M.N., on behalf of themselves and all others similarly situated ("Plaintiffs"), and Defendants The Regents of the University of California and James Mason Heaps, M.D. ("Defendants") (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, on January 20, 2024, the Court ordered the Settlement Administrator to disburse the amount remaining in the Settlement Fund to the 236 claimants in Tier 3, with any uncashed checks totaling less than $5,000 to be distributed to the Los Angeles Center for Law and Justice;

WHEREAS, the Settlement Administrator sent residual payments to the 236 Tier 3 claimants, 196 of whom deposited their payments as of the void date, April 17, 2024;

WHEREAS, because 40 of the 236 Tier 3 claimants did not deposit their final payment as of the void date, $8,965.99 remains in the Settlement Fund;

WHEREAS, distribution of the remaining $8,965.99 to the 196 claimants who cashed their most recent checks would result in payments of approximately $46 per claimant and additional administrative expense;

WHEREAS, given the modest amount of the potential payments, Plaintiffs seek approval to distribute the amount presently remaining in the Settlement Fund to the Los Angeles Center for Law and Justice, and Defendants do not oppose the request.

NOW THEREFORE, the Parties hereby stipulate, and respectfully request that the Court order, that the Settlement Administrator disburse the amount remaining in the Settlement Fund to the Los Angeles Center for Law and Justice.

Respectfully submitted,

Dated: May 1, 2024

/s/ *Daniel C. Girard*
Daniel C. Girard (State Bar No. 114826)
Jordan Elias (State Bar No. 228731)
Trevor T. Tan (State Bar No. 281045)
**GIRARD SHARP LLP**
601 California Street, Suite 1400

San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
dgirard@girardsharp.com
jelias@girardsharp.com
ttan@girardsharp.com

Eric H. Gibbs (State Bar No. 178658)
Amy M. Zeman (State Bar No. 273100)
Amanda M. Karl (State Bar No. 301088)
**GIBBS LAW GROUP LLP**
505 14th Street, Suite 1110
Oakland, CA 94612
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
ehg@classlawgroup.com
amz@classlawgroup.com
amk@classlawgroup.com

Elizabeth A. Kramer (State Bar No. 293129)
Julie Erickson (State Bar No. 293111)
**ERICKSON KRAMER OSBORNE LLP**
44 Tehama Street
San Francisco, CA 94105
Telephone: (415) 635-0631
Facsimile: (415) 599-8088
elizabeth@eko.law
julie@eko.law

*Class Counsel*

/s/ *Jesse A. Cripps*
GIBSON, DUNN & CRUTCHER LLP
DEBRA WONG YANG, SBN 123289
dwongyang@gibsondunn.com
CATHERINE A. CONWAY, SBN 98366
cconway@gibsondunn.com
JESSE A. CRIPPS, SBN 222285
jcripps@gibsondunn.com
MATTHEW A. HOFFMAN, SBN 227351

2

mhoffman@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

*Attorneys for Defendant The Regents of the University of California*

/s/ *Tracy Green*
Tracy Green (SBN 137869)
**GREEN & ASSOCIATES**
800 West Sixth Street, Suite 450
Los Angeles, CA 90017
(213) 233-2260

*Attorneys for Defendant
James Mason Heaps, M.D.*

## ATTESTATION

I, Daniel C. Girard, am the CM/ECF user whose ID and password are being used to file this document. Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby attest that the other signatories have concurred in this filing's content and authorized the filing.

/s/ *Daniel C. Girard*