# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.B., C.D., E.F., G.H., I.J., K.L., M.N., on behalf of themselves and all others similarly situated,<br><br>  Plaintiffs,<br>v.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA; JAMES MASON HEAPS, M.D.; AND JOHN DOES 1-20,<br><br>  Defendants. | Case No. 2:20-CV-09555-RGK (Ex)<br><br>Hon. R. Gary Klausner<br><br>**[PROPOSED]** **ORDER GRANTING THIRD STIPULATION REGARDING DISPOSITION OF RESIDUAL FUNDS**<br>[87]<br>Civ. L.R. 7-1 |

The Parties have filed a Third Stipulation regarding Disposition of Residual Funds. The Court hereby **ENTERS** the stipulation and **ORDERS** as follows:

The Settlement Administrator shall disburse the amount remaining in the Settlement Fund to the Los Angeles Center for Law and Justice.

**IT IS SO ORDERED.**

DATED:   5/1/2024

_/s/ Gary Klausner_
Hon. R. Gary Klausner
United States District Judge