# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.B., *et al.*,<br><br>            Plaintiffs,<br><br>    v.<br><br>Regents of the University of California, *et al.*,<br><br>            Defendants. | Case No. 2:20-cv-09555-RGK (Ex)<br><br>**AFFIDAVIT OF DARRYL THOMPSON REGARDING DESTRUCTION OF DOCUMENTS** |

I, DARRYL THOMPSON, being duly sworn, herby state that:

1. I am the Chief Information Officer for JND Legal Administration LLC ("JND"), the Court-appointed Settlement Administrator in this case. This Affidavit is based on my personal knowledge, as well as upon information provided to me by knowledgeable JND employees and, if called upon to do so, I could and would testify competently thereto.

2. As of this date, all work by JND in connection with the Notice and Administration of the Settlement of this Action is complete. This includes all JND standard case closure procedures such as shutting down the case website and telephone lines, and destroying all case-related documentation. Specifically, and pursuant to Section 6.8 of the Settlement Agreement, JND represents that we have destroyed all physical documents that had been stored at our company headquarters

in Seattle as well as all electronic copies of documents that were maintained on our claims processing system, that we call "Daybreak" as well as all other internal systems. We have also deleted all case data from our company's "S drive" project folder, as well as all email folders related to this case.

3. The manner of such destruction has been in accordance with our standard procedures and in compliance with any client agreements and all applicable retention and privacy requirements.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 20, 2024, in Seattle, Washington.

_____
DARRYL THOMPSON

SUBSCRIBED AND SWORN TO BEFORE ME this 20th day of August 2024.

_____
Notary Public, State of Washington
My commission expires: 05/14/2028

2:20-cv-09555-RGK (Ex)
AFFIDAVIT OF DARRYL THOMPSON
REGARDING DESTRUCTION OF DOCUMENTS- 2